ORDERED.

Dated: June 23, 2021

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                         CASE NO. 08:20-bk-05750-CPM
                                                               Chapter 7
Quan Dinh Tran,
  Debtor(s).
_____/

**ORDER APPROVING TRUSTEE'S
APPLICATION FOR COMPENSATION FOR APPRAISER**

This case came on for consideration upon the Trustee's Application for Compensation [Doc No. 165]. For the reasons stated in the motion and no objections having been filed, it is

**ORDERED** as follows:

1. The Trustee's Application for Compensation is hereby **GRANTED.**

2. The Chapter 7 Trustee shall pay Joy Augustine of Read and Kelley Estate Services, LLC's fees of $1,176.00 as an administrative expense.

Trustee Nicole M. Cameron is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.