ORDERED.

Dated:  June 23, 2021

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

QUAN DINH TRAN,                              Case No.: 8:20-bk-05750-CPM
                                             Chapter 7
    Debtor.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE JUNE 28 HEARINGS

THIS MATTER came up for consideration on Creditor Q3 Investments Recovery Vehicle, LLC's Unopposed Motion to Continue June 28 Hearings [Doc. 167] (the "Motion"). The Court finds good cause to grant the relief requested, therefore, it is

**ORDERED**:

1. The Motion is hereby GRANTED.

2. The hearing set for June 28, 2021, on Creditor's Objection to Debtor's Claim of Exemptions [Doc. 131] and Debtor's Response to Objection [Doc. 140] is hereby continued to August 2, 2021 at 10:00 a.m.

*Attorney Paul Thanasides is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*