**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

QUAN DINH TRAN,

Debtor.
_________________________________/

Case No.: 8:20-bk-05750-CPM
Chapter 7

**UNOPPOSED MOTION TO CONTINUE AUGUST 2 HEARINGS**

Q3 Investments Recovery Vehicle, LLC (the "Recovery Vehicle"), hereby moves this Court to continue the hearings scheduled for August 2, 2021, at 10:00 AM, stating as follows:

1. There is a hearing scheduled before this Court on August 2, 2021, at 10:00 AM on multiple matters in the Tran Bankruptcy and associated Adversary Proceedings.

2. The Recovery Vehicle and Debtor continue to make significant progress in their attempt to resolve their disputes in all adversary proceedings and contested matters.

3. One example of the progress exists in the form of the dismissal of one of the three adversary proceedings (Adv. Proc. No.: 8:21-ap-00006-CPM).

4. The parties expect to have the other two adversary proceedings resolved within thirty (30) days.

5. Accordingly, the Recovery Vehicle respectfully requests the Court continue all hearings in the adversary proceedings and contested matters, including the August 2 hearings, for thirty (30) days, until at least September 2, 2021, while the parties attempt to finalize a global resolution.

6. Debtor consents to the continuance of the hearings.

WHEREFORE, Q3 Investments Recovery Vehicle, LLC respectfully requests the entry of an order continuing all hearings in the adversary proceedings and contested matters, including the August 2 hearings, for thirty (30) days, until at least September 2, 2021, while the parties attempt to finalize a global resolution.

Dated: July 29, 2021

Respectfully Submitted,

*/s/ Paul Thanasides*

Paul Thanasides
Florida Bar No. 103039
paul@mcintyrefirm.com
complexlit@mcintyrefirm.com
clservice@mcintyrefirm.com
Mary Thanasides
Florida Bar No.: 107551
mary@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott
Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221
***Attorneys for Q3 Investments Recovery Vehicle, LLC***


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2021, a true and correct copy of the foregoing was electronically filed and served using the Court's CM/ECF system, and via U.S. Mail to all parties on the attached matrix.

*/s/ Paul Thanasides*
Paul Thanasides

Label Matrix for local noticing
113A-8
Case 8:20-bk-05750-CPM
Middle District of Florida
Tampa
Thu Jul 29 09:08:51 EDT 2021

AmeriCredit Financial Services, Inc., dba GM
P O Box 183853
Arlington, TX 76096-3853

Joy Kelley Augustine
Read & Kelley Estate Services
P.O. Box 3111
N. Fort Myers, FL 33918-3111

Scott Braden
c/o Rappaport, Osborne & Rappaport, PLLC
1300 N Federal Hwy Ste 203
Boca Raton, FL 33432-2848

Richard Cain
2713 W. Morrison Ave.
Tampa, FL 33629-5332

Tanja J Cisliek
Future Home Realty Inc, a Florida Corp.
10575 68th Avenue, North
Suite B-2
Seminole, FL 33772-6023

Larry S Hyman, CPA
Larry S. Hyman, CPA
PO Box 18625
Tampa, FL 33679-8625

Venkat Iyer
c/o Rappaport, Osborne & Rappaport, PLLC
1300 N. Federal Hwy, Suite 203
Boca Raton, FL 33432-2848

M&T Bank
c/o Paul A. Humbert, Esq.
199 E. Flagler St 1010
Miami, FL 33131-1103

Quan Dinh Tran
1994 Carolina Circle NE
St Petersburg, FL 33703-3414

Truist Bank
Bankruptcy Department
VA-RVW-3034
P.O. Box 27767
Richmond, VA 23261-7767

1010 Capital, Inc.
804 Anderson Street
Durham, NC 27705-1054

Adam Braden
1744 Osprey Cove
Niceville, FL 32578-6806

Adam Braden
4309 Boulder Lake Circle
Vestavia Hills, AL 35242-7499

Alec H. Neilly
1439 Lanes End
Villanova, PA 19085-2000

Alex Pang
2415 1st Ave. N.
Seattle, WA 98109-2004

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Amit Keswani
1801 Witt Way Dr
Spring Hill, TN 37174-2594

Andrew Walter
2501 S. Parkview St.
Tampa, FL 33629-7612

Arie Moszkowicz
2623 Hyland Frost
San Antonio, TX 78257

Ashley Weiss
8633 Zimpel St.
New Orleans, LA 70118-1139

Ashwood Lane, LP
Anup Vora
17908 Toboggan Ln.
Rockville, MD 20855-2829

Austin Walter
404 W. Secretariat Dr
Tempe, AZ 85284-1365

Ayon Capital, LLC
1010 N. Florida Ave.
Tampa, FL 33602-3895

Bankers Health Group
PO BOX 332509
Murfreesboro, TN 37133-2509

Bankers Healthcare Group c/o Pinnacle Ba
Tom
Fox
150 3rd Ave S. Ste 900
Nashville, TN 37201-2034

Barry Ettinger
969 Revere Dr.
Hillside, NJ 07205-2947

Benjamin Phillips
246 Klatte Rd.
Hermon, ME 04401-0638

Bobby Escoe
11000 6th St. E.
Treasure Island, FL 33706-3033

Bradley 1984 LLC
504 N. Lake Dr.
Springlake Heights, NJ 07762-2090

Brandon Kochen
Unit 3
2014 W. Augusta Blvd.
Chicago, IL 60622-4946

Brett Armstrong
8802 Terra Bella Way
Odessa, FL 33556-4764

Brian McCarthy
129 East Bayberry Rd
Islip, NY 11751-4903

Brian Smith
119 Hart St #4B
Brooklyn, NY 11206-7097

Brij Sharma
87 N Star Dr
Southington, CT 06489-3825

Carolyn Cicero
17849 British Lane
Baton Rouge, LA 70810-6595

Chandar LLC
1704 Esquire Ln.
McLean, VA 22101-4754

Chien-Jung Chu
41-15 Ithaca St
Elmhurst, NY 11373-2507

Christopher Ducoin
1231 Saint Mary Street
New Orleans, LA 70130-5125

Clay Brown
19491 Deer Lake Rd.
Lutz, FL 33548-4245

CryptoSense, LLC
7940 C Wrenwood Blvd.
Baton Rouge, LA 70809-1766

Cyril Holdings, LLC
20831 Lake Vienna Dr.
Land O Lakes, FL 34638-8322

Cyril VI, LP
Peter Wahba
1908 Land O' Lakes Blvd, Ste 4
Lutz, FL 33549-2914

Daniel Wahba Trust
7402 N. Mobley Rd.
Odessa, FL 33556-2344

Danny Eapen
12920 Keystone Ct.
Alpharetta, GA 30009-1520

David Fotiadis
3724 Rock Bridge Dr NE
Conover, NC 28613-9401

David Wehby
572 Cottonwood Ln.
Grafton, WI 53024-9591

Dennis Simson
200 E 32nd St. #32C
New York, NY 10016-6522

Dhvanit Patel
4161 Rolling Springs Dr.
Tampa, FL 33624-2306

Donna Seijas
61 Bellvale Rd
Mountain Lakes, NJ 07046-1333

Dos Bowies, LP
2501 S. Parkview Street
Tampa, FL 33629-7612

Dos Bowies, LP
c/o Jenny D. Johnson-Sardella
2 Alhambra Plaza #650
Coral Gables, FL 33134-5269

Douglas C. Borden
6 Markwood Lane
Rumson, NJ 07760-1934

Emejo Holdings LLC
Joey Veloso
930 Mistletoe Drive
Latana, TX 76226-6980

Eric & Elaine James
3910 W. Platt St.
Tampa, FL 33609-3943

Eric Carter
2918 Magnolia Trace
Tarpon Springs, FL 34688-8530

Eric Kuntz
1216 Positano Pass
Leander, TX 78641-4318

Eric Mabie
1530 Forest Glen Court
Palm Harbor, FL 34683-0016

Evan Tummel
3113 W. Bay Villa Ave.
Tampa, FL 33611-1501

F&F Investment Club LLC
25 Ogden Pl.
Morristown, NJ 07960-5248

Frederick & Janet Duhy
16042 Magnolia Trace Pkwy.
Baton Rouge, LA 70817-1653

G. James Miller
1278 Crestwood Dr.
Morgantown, WV 26505-2706

GM Financial
PO Box 78143
Phoenix, AZ 85062-8143

Garic Grisbaum
4512 Orleans Blvd.
Jefferson, LA 70121-1224

Geoffrey Alexander
44-727 Hoonani Pl.
Kaneohe, HI 96744-2413

Geoffrey Alexander & Jennifer Alexander
Geoffrey Alexander
Jennifer Alexander
44-727 Ho'onani Place
Kaneohe, HI 96744-2413

George Isa
82282 Highway 1082
Bush, LA 70431-2564

Gobal Grandhige
Unit 2701
449 S 12th St.
Tampa, FL 33602-5615

Gupta Brokerage, LLC
1385 W. Brierbrook Road
Germantown, TN 38138-2208

Gupta Brokerage, LLC
5275 Normandy Ave.
Memphis, TN 38120-1942

Gurmit & Moni Advani
13 Torrey Pines Way
Brentwood, TN 37027-8945

Hannie Patel
18124 Crawley Rd.
Odessa, FL 33556-4828

Harminder Malik
1440 Canal St #TB-53
New Orleans, LA 70112-2703

Heesuk Richard Yoon
410 Shade Tree Way
Johnson City, TN 37604-8607

Helena T. Buchalter Irrev Trust
17064 Castle Bay Court
Boca Raton, FL 33496-5940

Hemanth Grandhige
2731 Fairoaks Rd.
Decatur, GA 30033-1443

Hiten Patel
15701 Willowdale Rd.
Tampa, FL 33625-1348

Hoshedar Tamboli
Anahita Tamboli
76 Martinique Ave
Tampa, FL 33606-4039

Hunter Hudson
7045 Lake Run Drive
Vestavia Hills, AL 35242-7503

Hunter Hudson
Casey Corder
7045 Lake Run Drive
Birmingham, AL 35242-7503

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Andrew Dixon
2605 Beeler St.
Denver, CO 80238-2676

James & Cathy Hypes
436 Lucerne Ave.
Tampa, FL 33606-3839

James DeMaira
27 Chelsea Ct.
Basking Ridge, NJ 07920-2573

James Hedges
Unit 2
1232 N Noble St
Chicago, IL 60642-3327

James-Paul Bryan Dill
8628 Enterprise Ave. NE
Tuscaloosa, AL 35406-1032

Jason E. Morris, M.D.
2800 River Road
Virginia Beach, VA 23454-1208

Jason Morris
2792 Fox Creek Drive
Germantown, TN 38138

Jason Rigol
3117 Palm Vista Dr
Metairie, LA 70003-2563

Jason Soch
Box 44
Morton, PA 19070-0044

Jeffery R. Bennett
23 Robert Mills Circle
Mount Pleasant, SC 29464-2534

Jeffery Rouse
5248 Constance St.
New Orleans, LA 70115-1850

Jeffrey Waters
1697 Council Bluff Dr. NE
Atlanta, GA 30345-4137

Jerry Chu
4312 86th Ave. SE
Mercer Island, WA 98040-4125

Jim Seijas
52 East End Ave.
Shrewsbury, NJ 07702-4407

Jimmy Finkle
815 Galilee Rd.
Damascus, PA 18415

Joe Mohler
4815 W. Sunset Blvd.
Tampa, FL 33629-6420

John Heald
2403 W. Sunset Drive
Tampa, FL 33629-5336

Jose E. Llinas Messeguer
7526 Lake Albert Dr
Windermere, FL 34786-5921

Jose Llinas
7526 Lake Albert Drive
Windermere, FL 34786-5921

Joseph Britton Thames
306 Clermont Dr.
Homewood, AL 35209-2306

Joseph Gibson
850 Outlook Drive
Ponte Vedra, FL 32081-0786

Joseph M. Brown, MD
4204 W. Palmira Ave.
Tampa, FL 33629-6623

Joseph Thames
306 Clermont Drive
Homewood, AL 35209-2306

Josh Green
Ste 218
1936 Bruce B Downs Blvd
Wesley Chapel, FL 33544-9262

KHT Consulting, LLC
849 Clifton Hills St.
Orlando, FL 32828-6645

Kaushal Vakil
4437 Dorothy St.
Bellaire, TX 77401-5610

Keeneth Le
5006 Beech St.
Bellaire, TX 77401-3408

Keith Seery
5 Myrtle Ave.
Lebanon, NJ 08833-2154

Kelly Hall
3607 Ohio Ave.
Tampa, FL 33611-4248

Kenneth Walter
6819 Sweetwood Ct
Fort Wayne, IN 46814-8130

Ketan Mody
335 Erie Court
Bloomingdale, IL 60108-8819

Kevin & Darleen Kaplan
26201 Marsh Landing Pkwy
Ponte Vedra Beach, FL 32082-1225

Key Biscayne Invest LLC
Unit 213
601 S Harbour Island Blvd
Tampa, FL 33602-5925

Khayree Butler
5104 SW View Point Terrace
Portland, OR 97239-3908

Khoi Du
4657 Spruce St.
Bellaire, TX 77401-3607

Kim Renta
131 Pershing Rd.
Clifton, NJ 07013-3462

Kindl Works LLC
Apt. 301
528 Barrone St.
New Orleans, LA 70113-1093

Kokx Real Estate Invest, LLC
3890 W. 149th Ave.
Broomfield, CO 80023-9501

LYNNE SMITH
LYNNE
SMITH
7940C WRENWOOD BLVD
BATON ROUGE, LA 70809-1766

Land Rover Financial Group
c/o Chase
PO Box 78232
Phoenix, AZ 85062-8232

Luke West
737 N. Madison Street
Tupelo, MS 38804-2017

Lux Living LLC
Jusmin Patel
1675 Scott Valley Rd.
Reno, NV 89523-2154

M&M Q3 LLC
504 N. Lake Dr.
Springlake Heights, NJ 07762-2090

M&T Bank
PO Box 1508
Buffalo, NY 14240-1508

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Mai Tran
1942 Carolina Ave
Saint Petersburg, FL 33703-3410

Malini Patel
8592 Johnston Rd.
Burr Ridge, IL 60527-7076

Marshall Haynie
10720 Goldsberry Rd
Shreveport, LA 71106-8357

Marvin & Catherine Rousch
24 Sandpiper Rd.
Tampa, FL 33609-3528

Matthew Bremmer
29848 Thomas Rd SE
Kent, WA 98042-5735

Maulik Parikh
4900 Rockrimmon Ct.
Collwyville, TX 76034-3544

Mayakoba Consult, LLC
Sachin Patel
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Mazda Holdings LLLP
76 Martinique Ave.
Tampa, FL 33606-4039

Michael Ackerman
1147 Kingsway
Alliance, OH 44601-3721

Michael Small
27633 Stonecreek Way
Wesley Chapel, FL 33544-8865

Mike Levine
7 Manchester St.
Lake Hiawatha, NJ 07034-2015

Mike Venezia
1825 Clearwater Harbor Dr
Largo, FL 33770-4527

Milan Lombardi
Shaily Shah JT TBE
1147 Abbeys Way
Tampa, FL 33602-5958

Mital Panara
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Murph Gottlieb
1652 Crestview Lane
Erie, CO 80516-4025

Navin Raj
599 Pheasant Woods Dr
Canton, MI 48188-3167

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1922

Nelnet
US Department of Education
PO Box 82561
Lincoln, NE 68501-2561

Nimish Patel
7909 Caddo Cove
McKinney, TX 75071-3472

Nirmalji Odedra
22246 N 55th St
Phoenix, AZ 85054-7157

PFG Prop LLC
Michael Fox
5909 Beacon Shores
Tampa, FL 33616-1462

Palam Annamalai
3205 Salisbury Ct.
Friendswood, TX 77546-2532

Parag Joshi
6015 Goodwin Ave.
Dallas, TX 75206-6109

Parish Shah
5810 Farmington Rd.
West Bloomfield, MI 48322-1566

Paul Pisklak
4404 Wendell St.
Bellaire, TX 77401-5216

Pulin Shah
1424 Jefferson Ave.
New Orleans, LA 70115-4119

Q3 Investment Recovery
Vehicle, LLC
c/o Jennifer Jones, RA
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Q3 Investment Recovery Vehicle, LLC
c/o McIntyre Thanasides
500 E Kennedy Blvd., Suite 200
Tampa, FL 33602-4936

RVB Orthopaedics, LLC
c/o Mohit Bansal
1272 Cordova Blvd NE
St. Petersburg, FL 33704-2445

Rafal Subernat
1154 Buck Hill Drive
Veazie, ME 04401-7103

Ralph Esposito
440 Kelsey Park Dr.
Palm Bch Gardans, FL 33410-4512

Raman Danrad
118 W. William David Pkwy
Metairie, LA 70005-3312

Randy Odedra
10606 Leonatus Lane
Frisco, TX 75035-1013

Raymond Poon
15 Rosedown Ct.
New Orleans, LA 70131-3313

Rehan Khan
234 Tuxedo Lane
Greer, SC 29651-2325

Richard Cain
2713 W. Morrison
Tampa, FL 33629-5332

Richard Min
4921 Rangewood Dr.
Flower Mound, TX 75028-1697

Rick Kuntz
1900 Little Elm Dr #26
Cedar Park, TX 78613-2812

Ripe Capital Partners LLC
Sachin Patel
5425 Lampasas Street
Houston, TX 77056-6228

Rita Patel
2301 4th Street North
St. Petersburg, FL 33704-2801

Robert Seijas
43 StoneyBrook Rd
Montville, NJ 07045-9741

Robert Seijas
52 East End Ave.
Shrewsbury, NJ 07702-4407

Roland Chin-Lue
3569 Shoreline Cir.
Palm Harbor, FL 34684-1744

Roy Abraham
14129 Trueblood Ln.
Carmel, IN 46033-9847

Rupal Parikh
114 High Street
Montclair, NJ 07042-2414

Russell Babbitt
67 Sycamore Lane
Westport, MA 02790-4978

Ryan Kochen
2990 Ringle Road
Chamblee, GA 30341-4751

Ryan Kochen
Apt. 1306
2965 Peachtree Rd NE
Atlana, GA 30305-3387

Ryan Kochen
Apt. 1306
2965 Peachtree Rd NE
Atlanta, GA 30305-3387

Ryan Neuhaus
1171 Glen Wessex
Tampa, FL  33626

Ryan Neuhaus
12712 Stanwyck Circle
Tampa, FL 33626-4463

Ryan Pond
1256 Lancashire Dr.
Fort Mill, SC 29707-8688

Ryan Schroeder
32213 N 15th Ln
Phoenix, AZ 85085-9005

Ryan Shultz
2345 Fairfax St.
Denver, CO 80207-3218

Salman Malad
107 Levison Way
Lafayette, LA 70508-7095

Samuel R Cicero
17849 British Lane
Baton Rouge, LA 70810-6595

Sandhya Mani
Brian Daigle
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Sandra Porter
2245 King Arthur blvd #12
Baton Rouge, LA 70816-2468

Sanjay Mehta
9150 S Main St #A3
Houston, TX 77025-3848

Sanket Vyas
717 Exposition Blvd.
New Orleans, LA 70118-5815

Scot Pond
2000 Moccasin Dr.
Washington, PA 15301-7764

Septa Capital
3810 Key Largo Ct
Missouri City, TX 77459-7642

Seth Duhy
Apt 106
1320 N Harper Ave.
West Hollywood, CA 90046-8428

Shalin Shah
16613 Milan De Avila
Tampa, FL 33613-1068

Shivi Sharma
87 N Star Drive
Southington, CT 06489-3825

Shyam Kishan
4128 Fair Meadows Dr
Plano, TX 75024-3457

Shyama Donaldson
3437 Ocean Cay Circle
Jacksonville Beach, FL 32250-3924

Siddhartha Dev Pagidipati
450 Knights Run Ave #801
Tampa, FL 33602-5799

Simon Payments, LLC
Tony Garay
13818 SW 152 St. #136
Miami, FL 33177-1164

Skyway Cap Markets, LLC
Suite 3550
100 N Tampa St
Tampa, FL 33602-5878

Srinivas Boppana
3639 Waterside Way
Louisville, TN 37777-4161

State Exchange Bank
1280 Main Street
Lamont, OK 74643-0604

Steve Aberman
31 Webster St.
Westbury, NY 11590-1824

Steve Baumgartner
55 North Roscoe Blvd
Ponte Vedra Beach, FL 32082-3625

Steve Mottl
1904 La Maison Pl
Flowermound, TX 75022-2608

Steve Nurkin
542 Lafayette Ave.
Buffalo, NY 14222-1335

Steve Saunders
2504 N. Ridgewood Ave.
Tampa, FL 33602-1832

Steven Nurkin
542 Lafayette Avenue
Buffalo, NY 14222-1335

Summer Bankston
Gregg Porter
9201 Simmons Rd #103
Austin, TX 78759-7170

Sunil Cherry
455 Augusta Dr.
Lufkin, TX 75901-7407

Syed Kalim Hussaini
8881 Englewood Farms Dr.
Manassas, VA 20112-5875

TYC Investments, LLC
1804 Buckhead Valley Ln NE
Atlanta, GA 30324-2795

Tarun Patel
8705 Wethered Dr.
Ellicot City, MD 21043-8012

Thomas Stack
72 S. Mountain Ave.
Montclair, NJ 07042-1733

Tim Casey
6041 Yeats Manor Drive
Tampa, FL 33616-1303

Todd Dufour
15552 Long Farm Rd.
Baton Rouge, LA 70817-4006

Tom McLaughlin
25 Ogden Pl.
Morristown, NJ 07960-5248

Tony Fargiano
1317 Fairstead Lane
Pittsburgh, PA 15217-2585

Tony Tran
2712 Garvin Rd.
Huntsville, Al 35810-4460

Tripp Rogers
618 1/2 19th Ave
Tuscaloosa, AL 35401-1753

Tropea Homes LLC
504 N. Lake Dr.
Springlake Heights, NJ 07762-2090

Truist Bank
PO Box 3307
Greenville, SC 29602-3307

U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Udit V. Patel
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

V. Larry Rabalais
14124 Kimbleton Ave.
Baton Rouge, LA 70817-4776

Venkat Iyer
904 St. Andrews Place
Virginia Beach, VA 23452-6122

Waterway Marina
290 N. Dixie Hwy
Stuart, FL 34994-1110

William Heflin Barton III
5504 Alexander Ave.
Tuscaloosa, AL 35406-2882

William Payne
Harpreet Talwar
134 Woodmont Way
Ridgeland, MS 39157-8618

Zerophee Holdings LLC
Kaizad Tamboli, MD
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Zinovy M Katz
214 South Matanzas Ave
Tampa, FL 33609-3011

Leslie S Osborne +
Rappaport Osborne & Rappaport
1300 North Federal Highway
Suite 203
Boca Raton, FL 33432-2848

Michael C Markham +
Johnson Pope Bokor Ruppel & Burns LLP
401 East Jackson Street, Suite 3100
Tampa, FL 33602-5228

Paul B Thanasides +
McIntyre Thanasides Bringgold
Elliott Grimaldi Guito, PA
500 E Kennedy Blvd, Suite 200
Tampa, FL 33602-4936

United States Trustee - TPA7/13 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Lynn Welter Sherman, Attorney for Trustee +
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701-3578

Nicole M Cameron +
Nicole M. Cameron, P.A.
235 Apollo Beach Boulevard, #231
Apollo Beach, FL 33572-2251

Mary R Thanasides +
McIntyre Thanasides
500 East Kennedy Boulevard, Suite 200
Tampa, FL 33602-4936

Paul A Humbert +
Law Offices of Paul A. Humbert, P.L.
9655 S. Dixie Hwy, Suite 119
Miami, FL 33156-2813

Jeremy A Rill +
United States Department of Justice
Tax Division
Post Office Box 14198
Washington, DC 20044-4198

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

M&T Bank
PO Box 64679
Baltimore, MD 21264

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Catherine Peek McEwen
Tampa

(u)Q3 Investment Recovery Vehicle, LLC

(u)United States (Internal Revenue Service)

(u)Brian Wolstein
Julie Hoang
juliemyhoang@gmail.com

(u)Harish Sadhwani
harrysadhwani@gmail.com

(u)John Thompson
jthomps3@tulane.edu

(u)Kathyrn Smith
kathryn7940@cox.net

(u)Madhu Suryadevara
Meducational LLC
msuryad@gmail.com

(u)Mark Phillips
Me_phillips@hotmail.com

(u)Shazia Khan
skhan@ecoenergyfinance.org

(d)Syed Kalim Hussaini
8881 Englewood Farms Drive
Manassas, VA 20112-5875

(u)Trey Hickson
johnnyhickson11@gmail.com

(u)Vijay Ravula
vjravula@mac.com

End of Label Matrix
Mailable recipients 236
Bypassed recipients 13
Total 249