

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/15/2021 11:00 AM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | FILING DATE: |
|---|---|
| **8:20-bk-05750-CPM**   7 | 07/29/2020 |

**Chapter 7**

**DEBTOR:**   Quan Tran

**DEBTOR ATTY:**   Michael Markham

**TRUSTEE:**   Nicole Cameron

**HEARING:**

1-Objection to Debtor's Claim of Exemptions . Contains negative notice. Filed by Mary R Thanasides on behalf of Creditor Q3 Investment Recovery Vehicle, LLC (Thanasides, Mary) Doc #131

... - Response to Objection to Debtor's Claim of Exemptions Filed by Michael C Markham on behalf of Debtor Quan Dinh Tran (related document(s)[131]). (Markham, Michael) Doc #140

2-Amended Objection to Claim(s). Claim No. 144 Internal Revenue Service. Contains negative notice. Filed by Paul B Thanasides on behalf of Interested Party Q3 Investment Recovery Vehicle, LLC (Thanasides, Paul) Doc #134

... - Response to Q3 Investments Recovery Vehicle, LLC's Amended Objection to Claim Filed by Jeremy A Rill on behalf of Creditor United States (Internal Revenue Service) (related document(s) [134]). (Rill, Jeremy). Doc #146
.

**APPEARANCES:**: Michael Markham, Jeremy Rill, Lynn Sherman, Paul Thanasides

**RULING:**

1-Objection to Debtor's Claim of Exemptions . Contains negative notice. Filed by Mary R Thanasides on behalf of Creditor Q3 Investment Recovery Vehicle, LLC (Thanasides, Mary) Doc #131

... - Response to Objection to Debtor's Claim of Exemptions Filed by Michael C Markham on behalf of Debtor Quan Dinh Tran (related document(s)[131]). (Markham, Michael) Doc #140   - Continued in Open Court to January 24, 2022 at 10:30 am. Note: Parties Discussing Settlement

2-Amended Objection to Claim(s). Claim No. 144 Internal Revenue Service. Contains negative notice. Filed by Paul B Thanasides on behalf of Interested Party Q3 Investment Recovery Vehicle, LLC (Thanasides, Paul) Doc #134

... - Response to Q3 Investments Recovery Vehicle, LLC's Amended Objection to Claim Filed by Jeremy A Rill on behalf of Creditor United States (Internal Revenue Service) (related document(s) [134]). (Rill, Jeremy). Doc #146    - Continued in Open Court to January 24, 2022 at 10:30 am.   Note: Parties Discussing Settlement

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.