**[8ncop]** [NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                     Case No. 8:20−bk−05750−CPM
                                                                                           Chapter 7

Quan Dinh Tran
1994 Carolina Circle NE
St Petersburg, FL 33703


_____Debtor(s)_____/


NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT:

Due to courtroom 8B electronic upgrades, there will be NO in−person hearings in Judge McEwen's cases set for hearing on January 24 and 25, 2022, and on January 27, 2022, through February 2, 2022. Any hearing in this case that is scheduled during that period will be conducted ONLY by telephone via CourtCall or by video via Zoom. The contact information for Court Call is 1−866−582−6878. An Order Establishing Procedures for Video Hearings will be entered should parties wish to appear via Zoom.


DATED on January 3, 2022

                             FOR THE COURT
                             Sheryl L. Loesch , Clerk of Court
                             Sam M. Gibbons United States Courthouse
                             801 North Florida Avenue, Suite 555
                             Tampa, FL 33602