UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

QUAN DINH TRAN                                              Case No. 8:20-bk-05750-CPM
                                                            Chapter 7
    Debtor.
_____/

**DEBTOR'S UNOPPOSED MOTION TO CONTINUE JANUARY 24, 2022 HEARING**

    Debtor, QUAN DINH TRAN, by and through his undersigned attorney, hereby moves to continue the hearing on January 24, 2022, in this case, and states:

    1.    The following matters are set for hearing on January 24, 2022:

    (a)    Objection to the Debtor's claimed exemptions; and

    (b)    Objection to Claim no. 144 filed by the IRS.

    2.    The Debtor and the IRS have made progress on the filing of tax returns and the resulting claim, if any, in the bankruptcy. Additionally, the Debtor and the Trustee are actively negotiating a resolution of the objection to exemptions.

    3.    The Debtor believes that these matters will be resolved within the next sixty (60) days.

    4.    Accordingly, the Debtor requests that the matters set for hearing on January 24, 2022, be rescheduled to a date at least sixty (60) days out.

    5.    The undersigned has discussed the requested relief with counsel for the IRS, the Trustee and the Q3 Recovery Vehicle, and there is no objection.

    WHEREFORE, the Debtor requests an order continuing the January 24, 2022 hearing.

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

/s/ Michael C. Markham
Michael C. Markham (FBN: 0768560)
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
Telephone:	813-225-2500
Facsimile:	813-223-7118
Email:  MikeM@JPFirm.com
Counsel to Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically on all registered CM/ECF users in this case on January 21, 2022.

 /s/ Michael C. Markham
Michael C. Markham

7612836_1