ORDERED.

Dated: July 27, 2022

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,                                    Chapter 7
                                                   Case No. 8:20-bk-05750-CPM

    Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S UNOPPOSED**
**MOTION TO EXTEND THE 11 U.S.C. § 546 DEADLINE**
(Doc. 208)

THIS CAUSE came before the Court for consideration without hearing on the Chapter 7 Trustee's Unopposed Motion to Extend the 11 U.S.C. § 546 Deadline (Doc. 208) (the "Motion") filed by Nicole M. Cameron, Chapter 7 Trustee (the "Trustee"). The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion. Accordingly, it is,

**ORDERED** that:

1.     The Motion is GRANTED.

1

2. The time in which the Trustee must file avoidance actions against Evan Tran and Quan Tran and Evan Tran, as tenants by the entireties under 11 U.S.C. § 546 is extended for a period of ninety (90) days through and including October 27, 2022.

****

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.