| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-05750-CPM<br>Middle District of Florida<br>Tampa<br>Tue Aug 23 09:55:01 EDT 2022 | AmeriCredit Financial Services, Inc., dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 |
| Scott Braden<br>c/o Rappaport, Osborne & Rappaport, PLLC<br>1300 N Federal Hwy Ste 203<br>Boca Raton, FL 33432-2848 | Richard Cain<br>2713 W. Morrison Ave.<br>Tampa, FL 33629-5332 | Tanja J Cisliek<br>Future Home Realty Inc, a Florida Corp.<br>10575 68th Avenue, North<br>Suite B-2<br>Seminole, FL 33772-6023 |
| Larry S Hyman, CPA<br>Larry S. Hyman, CPA<br>PO Box 18625<br>Tampa, FL 33679-8625 | Venkat Iyer<br>c/o Rappaport, Osborne & Rappaport, PLLC<br>1300 N. Federal Hwy, Suite 203<br>Boca Raton, FL 33432-2848 | Ryan Kochen<br>1492 Cortez Ln NE<br>Brookhaven, GA 30319-3955 |
| Quan Dinh Tran<br>1994 Carolina Circle NE<br>St Petersburg, FL 33703-3414 | Truist Bank<br>Bankruptcy Department<br>VA-RVW-3034<br>P.O. Box 27767<br>Richmond, VA 23261-7767 | 1010 Capital, Inc.<br>804 Anderson Street<br>Durham, NC 27705-1054 |
| Adam Braden<br>1744 Osprey Cove<br>Niceville, FL 32578-6806 | Adam Braden<br>4309 Boulder Lake Circle<br>Vestavia Hills, AL 35242-7499 | Alec H. Neilly<br>1439 Lanes End<br>Villanova, PA 19085-2000 |
| Alex Pang<br>2415 1st Ave. N.<br>Seattle, WA 98109-2004 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Amit Keswani<br>1801 Witt Way Dr<br>Spring Hill, TN 37174-2594 |
| Andrew Walter<br>2501 S. Parkview St.<br>Tampa, FL 33629-7612 | Arie Moszkowicz<br>2623 Hyland Frost<br>San Antonio, TX 78257 | Ashley Weiss<br>8633 Zimpel St.<br>New Orleans, LA 70118-1139 |
| Ashwood Lane, LP<br>Anup Vora<br>17908 Toboggan Ln.<br>Rockville, MD 20855-2829 | Austin Walter<br>404 W. Secretariat Dr<br>Tempe, AZ 85284-1365 | Ayon Capital, LLC<br>1010 N. Florida Ave.<br>Tampa, FL 33602-3895 |
| Bankers Health Group<br>PO BOX 332509<br>Murfreesboro, TN 37133-2509 | Bankers Healthcare Group c/o Pinnacle Ba<br>Tom<br>Fox<br>150 3rd Ave S. Ste 900<br>Nashville, TN 37201-2034 | Barry Ettinger<br>969 Revere Dr.<br>Hillside, NJ 07205-2947 |
| Benjamin Phillips<br>246 Klatte Rd.<br>Hermon, ME 04401-0638 | Bobby Escoe<br>11000 6th St. E.<br>Treasure Island, FL 33706-3033 | Bradley 1984 LLC<br>504 N. Lake Dr.<br>Springlake Heights, NJ 07762-2090 |

| | | |
|---|---|---|
| Brandon Kochen<br>Unit 3<br>2014 W. Augusta Blvd.<br>Chicago, IL 60622-5154 | Brett Armstrong<br>8802 Terra Bella Way<br>Odessa, FL 33556-4764 | Brian McCarthy<br>129 East Bayberry Rd<br>Islip, NY 11751-4903 |
| Brian Smith<br>119 Hart St #4B<br>Brooklyn, NY 11206-7097 | Brij Sharma<br>87 N Star Dr<br>Southington, CT 06489-3825 | Carolyn Cicero<br>17849 British Lane<br>Baton Rouge, LA 70810-6595 |
| Chandar LLC<br>1704 Esquire Ln.<br>McLean, VA 22101-4754 | Chien-Jung Chu<br>41-15 Ithaca St<br>Elmhurst, NY 11373-2507 | Christopher Ducoin<br>1231 Saint Mary Street<br>New Orleans, LA 70130-5125 |
| Clay Brown<br>19491 Deer Lake Rd.<br>Lutz, FL 33548-4245 | CryptoSense, LLC<br>7940 C Wrenwood Blvd.<br>Baton Rouge, LA 70809-1766 | Cyril Holdings, LLC<br>20831 Lake Vienna Dr.<br>Land O Lakes, FL 34638-8322 |
| Cyril VI, LP<br>Peter Wahba<br>1908 Land O' Lakes Blvd, Ste 4<br>Lutz, FL 33549-2914 | Daniel Wahba Trust<br>7402 N. Mobley Rd.<br>Odessa, FL 33556-2344 | Danny Eapen<br>12920 Keystone Ct.<br>Alpharetta, GA 30009-1520 |
| David Fotiadis<br>3724 Rock Bridge Dr NE<br>Conover, NC 28613-9401 | David Wehby<br>572 Cottonwood Ln.<br>Grafton, WI 53024-9591 | Dennis Simson<br>200 E 32nd St. #32C<br>New York, NY 10016-6522 |
| Dhvanit Patel<br>4161 Rolling Springs Dr.<br>Tampa, FL 33624-2306 | Donna Seijas<br>61 Bellvale Rd<br>Mountain Lakes, NJ 07046-1333 | Dos Bowies, LP<br>2501 S. Parkview Street<br>Tampa, FL 33629-7612 |
| Dos Bowies, LP<br>c/o Jenny D. Johnson-Sardella<br>2 Alhambra Plaza #650<br>Coral Gables, FL 33134-5269 | Douglas C. Borden<br>6 Markwood Lane<br>Rumson, NJ 07760-1934 | Emejo Holdings LLC<br>Joey Veloso<br>930 Mistletoe Drive<br>Latana, TX 76226-6980 |
| Eric & Elaine James<br>3910 W. Platt St.<br>Tampa, FL 33609-3943 | Eric Carter<br>2918 Magnolia Trace<br>Tarpon Springs, FL 34688-8530 | Eric Kuntz<br>1216 Positano Pass<br>Leander, TX 78641-4318 |
| Eric Mabie<br>1530 Forest Glen Court<br>Palm Harbor, FL 34683-0016 | Evan Tummel<br>3113 W. Bay Villa Ave.<br>Tampa, FL 33611-1501 | F&F Investment Club LLC<br>25 Ogden Pl.<br>Morristown, NJ 07960-5248 |

| | | |
|---|---|---|
| Frederick & Janet Duhy<br>16042 Magnolia Trace Pkwy.<br>Baton Rouge, LA 70817-1653 | G. James Miller<br>1278 Crestwood Dr.<br>Morgantown, WV 26505-2706 | GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 |
| Garic Grisbaum<br>4512 Orleans Blvd.<br>Jefferson, LA 70121-1224 | Geoffrey Alexander<br>44-727 Hoonani Pl.<br>Kaneohe, HI 96744-2413 | Geoffrey Alexander & Jennifer Alexander<br>Geoffrey Alexander<br>Jennifer Alexander<br>44-727 Ho'onani Place<br>Kaneohe, HI 96744-2413 |
| George Isa<br>82282 Highway 1082<br>Bush, LA 70431-2564 | Gobal Grandhige<br>Unit 2701<br>449 S 12th St.<br>Tampa, FL 33602-5615 | Gupta Brokerage, LLC<br>1385 W. Brierbrook Road<br>Germantown, TN 38138-2208 |
| Gupta Brokerage, LLC<br>5275 Normandy Ave.<br>Memphis, TN 38120-1942 | Gurmit & Moni Advani<br>13 Torrey Pines Way<br>Brentwood, TN 37027-8945 | Hannie Patel<br>18124 Crawley Rd.<br>Odessa, FL 33556-4828 |
| Harminder Malik<br>1440 Canal St #TB-53<br>New Orleans, LA 70112-2703 | Heesuk Richard Yoon<br>410 Shade Tree Way<br>Johnson City, TN 37604-8607 | Helena T. Buchalter Irrev Trust<br>17064 Castle Bay Court<br>Boca Raton, FL 33496-5940 |
| Hemanth Grandhige<br>2731 Fairoaks Rd.<br>Decatur, GA 30033-1443 | Hiten Patel<br>15701 Willowdale Rd.<br>Tampa, FL 33625-1348 | Hoshedar Tamboli<br>Anahita Tamboli<br>76 Martinique Ave<br>Tampa, FL 33606-4039 |
| Hunter Hudson<br>7045 Lake Run Drive<br>Vestavia Hills, AL 35242-7503 | Hunter Hudson<br>Casey Corder<br>7045 Lake Run Drive<br>Birmingham, AL 35242-7503 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J. Andrew Dixon<br>2605 Beeler St.<br>Denver, CO 80238-2676 | James & Cathy Hypes<br>436 Lucerne Ave.<br>Tampa, FL 33606-3839 | James DeMaira<br>27 Chelsea Ct.<br>Basking Ridge, NJ 07920-2573 |
| James Hedges<br>Unit 2<br>1232 N Noble St<br>Chicago, IL 60642-3430 | James-Paul Bryan Dill<br>8628 Enterprise Ave. NE<br>Tuscaloosa, AL 35406-1032 | Jason E. Morris, M.D.<br>2800 River Road<br>Virginia Beach, VA 23454-1208 |
| Jason Morris<br>2792 Fox Creek Drive<br>Germantown, TN 38138 | Jason Rigol<br>3117 Palm Vista Dr<br>Metairie, LA 70003-2563 | Jason Soch<br>Box 44<br>Morton, PA 19070-0044 |

| | | |
|---|---|---|
| Jeffery R. Bennett<br>23 Robert Mills Circle<br>Mount Pleasant, SC 29464-2534 | Jeffery Rouse<br>5248 Constance St.<br>New Orleans, LA 70115-1850 | Jeffrey Waters<br>1697 Council Bluff Dr. NE<br>Atlanta, GA 30345-4137 |
| Jerry Chu<br>4312 86th Ave. SE<br>Mercer Island, WA 98040-4125 | Jim Seijas<br>52 East End Ave.<br>Shrewsbury, NJ 07702-4407 | Jimmy Finkle<br>815 Galilee Rd.<br>Damascus, PA 18415 |
| Joe Mohler<br>4815 W. Sunset Blvd.<br>Tampa, FL 33629-6420 | John Heald<br>2403 W. Sunset Drive<br>Tampa, FL 33629-5336 | Jose E. Llinas Messeguer<br>7526 Lake Albert Dr<br>Windermere, FL 34786-5921 |
| Jose Llinas<br>7526 Lake Albert Drive<br>Windermere, FL 34786-5921 | Joseph Britton Thames<br>306 Clermont Dr.<br>Homewood, AL 35209-2306 | Joseph Gibson<br>850 Outlook Drive<br>Ponte Vedra, FL 32081-0786 |
| Joseph M. Brown, MD<br>4204 W. Palmira Ave.<br>Tampa, FL 33629-6623 | Joseph Thames<br>306 Clermont Drive<br>Homewood, AL 35209-2306 | Josh Green<br>Ste 218<br>1936 Bruce B Downs Blvd<br>Wesley Chapel, FL 33544-9262 |
| KHT Consulting, LLC<br>849 Clifton Hills St.<br>Orlando, FL 32828-6645 | Kaushal Vakil<br>4437 Dorothy St.<br>Bellaire, TX 77401-5610 | Keeneth Le<br>5006 Beech St.<br>Bellaire, TX 77401-3408 |
| Keith Seery<br>5 Myrtle Ave.<br>Lebanon, NJ 08833-2154 | Kelly Hall<br>3607 Ohio Ave.<br>Tampa, FL 33611-4248 | Kenneth Walter<br>6819 Sweetwood Ct<br>Fort Wayne, IN 46814-8130 |
| Ketan Mody<br>335 Erie Court<br>Bloomingdale, IL 60108-8819 | Kevin & Darleen Kaplan<br>26201 Marsh Landing Pkwy<br>Ponte Vedra Beach, FL 32082-1225 | Key Biscayne Invest LLC<br>Unit 213<br>601 S Harbour Island Blvd<br>Tampa, FL 33602-5925 |
| Khayree Butler<br>5104 SW View Point Terrace<br>Portland, OR 97239-3908 | Khoi Du<br>4657 Spruce St.<br>Bellaire, TX 77401-3607 | Kim Renta<br>131 Pershing Rd.<br>Clifton, NJ 07013-3462 |
| Kindl Works LLC<br>Apt. 301<br>528 Barrone St.<br>New Orleans, LA 70113-1093 | Kokx Real Estate Invest, LLC<br>3890 W. 149th Ave.<br>Broomfield, CO 80023-9501 | LYNNE SMITH<br>LYNNE<br>SMITH<br>7940C WRENWOOD BLVD<br>BATON ROUGE, LA 70809-1766 |

| | | |
|---|---|---|
| Land Rover Financial Group<br>c/o Chase<br>PO Box 78232<br>Phoenix, AZ 85062-8232 | Luke West<br>737 N. Madison Street<br>Tupelo, MS 38804-2017 | Lux Living LLC<br>Jusmin Patel<br>1675 Scott Valley Rd.<br>Reno, NV 89523-2154 |
| M&M Q3 LLC<br>504 N. Lake Dr.<br>Springlake Heights, NJ 07762-2090 | M&T Bank<br>PO Box 1508<br>Buffalo, NY 14240-1508 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Mai Tran<br>1942 Carolina Ave<br>Saint Petersburg, FL 33703-3410 | Malini Patel<br>8592 Johnston Rd.<br>Burr Ridge, IL 60527-7076 | Marshall Haynie<br>10720 Goldsberry Rd<br>Shreveport, LA 71106-8357 |
| Marvin & Catherine Rousch<br>24 Sandpiper Rd.<br>Tampa, FL 33609-3528 | Matthew Bremmer<br>29848 Thomas Rd SE<br>Kent, WA 98042-5735 | Maulik Parikh<br>4900 Rockrimmon Ct.<br>Collwyville, TX 76034-3544 |
| Mayakoba Consult, LLC<br>Sachin Patel<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 | Mazda Holdings LLLP<br>76 Martinique Ave.<br>Tampa, FL 33606-4039 | Michael Ackerman<br>1147 Kingsway<br>Alliance, OH 44601-3721 |
| Michael Small<br>27633 Stonecreek Way<br>Wesley Chapel, FL 33544-8865 | Mike Levine<br>7 Manchester St.<br>Lake Hiawatha, NJ 07034-2015 | Mike Venezia<br>1825 Clearwater Harbor Dr<br>Largo, FL 33770-4527 |
| Milan Lombardi<br>Shaily Shah JT TBE<br>1147 Abbeys Way<br>Tampa, FL 33602-5958 | Mital Panara<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 | Murph Gottlieb<br>1652 Crestview Lane<br>Erie, CO 80516-4025 |
| Navin Raj<br>599 Pheasant Woods Dr<br>Canton, MI 48188-3167 | Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1922 | Nelnet<br>US Department of Education<br>PO Box 82561<br>Lincoln, NE 68501-2561 |
| Nimish Patel<br>7909 Caddo Cove<br>McKinney, TX 75071-3472 | Nirmalji Odedra<br>22246 N 55th St<br>Phoenix, AZ 85054-7157 | PFG Prop LLC<br>Michael Fox<br>5909 Beacon Shores<br>Tampa, FL 33616-1462 |
| Palam Annamalai<br>3205 Salisbury Ct.<br>Friendswood, TX 77546-2532 | Parag Joshi<br>6015 Goodwin Ave.<br>Dallas, TX 75206-6109 | Parish Shah<br>5810 Farmington Rd.<br>West Bloomfield, MI 48322-1566 |

Paul Pisklak
4404 Wendell St.
Bellaire, TX 77401-5216

Pulin Shah
1424 Jefferson Ave.
New Orleans, LA 70115-4119

Q3 Investment Recovery
Vehicle, LLC
c/o Jennifer Jones, RA
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Q3 Investment Recovery Vehicle, LLC
c/o McIntyre Thanasides
500 E Kennedy Blvd., Suite 200
Tampa, FL 33602-4936

RVB Orthopaedics, LLC
c/o Mohit Bansal
1272 Cordova Blvd NE
St. Petersburg, FL 33704-2445

Rafal Subernat
1154 Buck Hill Drive
Veazie, ME 04401-7103

Ralph Esposito
440 Kelsey Park Dr.
Palm Bch Gardans, FL 33410-4512

Raman Danrad
118 W. William David Pkwy
Metairie, LA 70005-3312

Randy Odedra
10606 Leonatus Lane
Frisco, TX 75035-1013

Raymond Poon
15 Rosedown Ct.
New Orleans, LA 70131-3313

Rehan Khan
234 Tuxedo Lane
Greer, SC 29651-2325

Richard Cain
2713 W. Morrison
Tampa, FL 33629-5332

Richard Min
4921 Rangewood Dr.
Flower Mound, TX 75028-1697

Rick Kuntz
1900 Little Elm Dr #26
Cedar Park, TX 78613-2812

Ripe Capital Partners LLC
Sachin Patel
5425 Lampasas Street
Houston, TX 77056-6228

Rita Patel
2301 4th Street North
St. Petersburg, FL 33704-2801

Robert Seijas
43 StoneyBrook Rd
Montville, NJ 07045-9741

Robert Seijas
52 East End Ave.
Shrewsbury, NJ 07702-4407

Roland Chin-Lue
3569 Shoreline Cir.
Palm Harbor, FL 34684-1744

Roy Abraham
14129 Trueblood Ln.
Carmel, IN 46033-9847

Rupal Parikh
114 High Street
Montclair, NJ 07042-2414

Russell Babbitt
67 Sycamore Lane
Westport, MA 02790-4978

Ryan Neuhaus
1171 Glen Wessex
Tampa, FL  33626

Ryan Neuhaus
12712 Stanwyck Circle
Tampa, FL 33626-4463

Ryan Pond
1256 Lancashire Dr.
Fort Mill, SC 29707-8688

Ryan Schroeder
32213 N 15th Ln
Phoenix, AZ 85085-9005

Ryan Shultz
2345 Fairfax St.
Denver, CO 80207-3218

Salman Malad
107 Levison Way
Lafayette, LA 70508-7095

Samuel R Cicero
17849 British Lane
Baton Rouge, LA 70810-6595

Sandhya Mani
Brian Daigle
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

| | | |
|---|---|---|
| Sandra Porter<br>2245 King Arthur blvd #12<br>Baton Rouge, LA 70816-2468 | Sanjay Mehta<br>9150 S Main St #A3<br>Houston, TX 77025-3848 | Sanket Vyas<br>717 Exposition Blvd.<br>New Orleans, LA 70118-5815 |
| Scot Pond<br>2000 Moccasin Dr.<br>Washington, PA 15301-7764 | Septa Capital<br>3810 Key Largo Ct<br>Missouri City, TX 77459-7642 | Seth Duhy<br>Apt 106<br>1320 N Harper Ave.<br>West Hollywood, CA 90046-8428 |
| Shalin Shah<br>16613 Milan De Avila<br>Tampa, FL 33613-1068 | Shivi Sharma<br>87 N Star Drive<br>Southington, CT 06489-3825 | Shyam Kishan<br>4128 Fair Meadows Dr<br>Plano, TX 75024-3457 |
| Shyama Donaldson<br>3437 Ocean Cay Circle<br>Jacksonville Beach, FL 32250-3924 | Siddhartha Dev Pagidipati<br>450 Knights Run Ave #801<br>Tampa, FL 33602-5799 | Simon Payments, LLC<br>Tony Garay<br>13818 SW 152 St. #136<br>Miami, FL 33177-1164 |
| Skyway Cap Markets, LLC<br>Suite 3550<br>100 N Tampa St<br>Tampa, FL 33602-5878 | Srinivas Boppana<br>3639 Waterside Way<br>Louisville, TN 37777-4161 | State Exchange Bank<br>1280 Main Street<br>Lamont, OK 74643-0604 |
| Steve Aberman<br>31 Webster St.<br>Westbury, NY 11590-1824 | Steve Baumgartner<br>55 North Roscoe Blvd<br>Ponte Vedra Beach, FL 32082-3625 | Steve Mottl<br>1904 La Maison Pl<br>Flowermound, TX 75022-2608 |
| Steve Nurkin<br>542 Lafayette Ave.<br>Buffalo, NY 14222-1335 | Steve Saunders<br>2504 N. Ridgewood Ave.<br>Tampa, FL 33602-1832 | Steven Nurkin<br>542 Lafayette Avenue<br>Buffalo, NY 14222-1335 |
| Summer Bankston<br>Gregg Porter<br>9201 Simmons Rd #103<br>Austin, TX 78759-7170 | Sunil Cherry<br>455 Augusta Dr.<br>Lufkin, TX 75901-7407 | Syed Kalim Hussaini<br>8881 Englewood Farms Dr.<br>Manassas, VA 20112-5875 |
| TYC Investments, LLC<br>1804 Buckhead Valley Ln NE<br>Atlanta, GA 30324-2795 | Tarun Patel<br>8705 Wethered Dr.<br>Ellicot City, MD 21043-8012 | Thomas Stack<br>72 S. Mountain Ave.<br>Montclair, NJ 07042-1733 |
| Tim Casey<br>6041 Yeats Manor Drive<br>Tampa, FL 33616-1303 | Todd Dufour<br>15552 Long Farm Rd.<br>Baton Rouge, LA 70817-4006 | Tom McLaughlin<br>25 Ogden Pl.<br>Morristown, NJ 07960-5248 |

| | | |
|---|---|---|
| Tony Fargiano<br>1317 Fairstead Lane<br>Pittsburgh, PA 15217-2585 | Tony Tran<br>2712 Garvin Rd.<br>Huntsville, Al 35810-4460 | Tripp Rogers<br>618 1/2 19th Ave<br>Tuscaloosa, AL 35401-1753 |
| Tropea Homes LLC<br>504 N. Lake Dr.<br>Springlake Heights, NJ 07762-2090 | Truist Bank<br>PO Box 3307<br>Greenville, SC 29602-3307 | U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 |
| Udit V. Patel<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 | V. Larry Rabalais<br>14124 Kimbleton Ave.<br>Baton Rouge, LA 70817-4776 | Venkat Iyer<br>904 St. Andrews Place<br>Virginia Beach, VA 23452-6122 |
| Waterway Marina<br>290 N. Dixie Hwy<br>Stuart, FL 34994-1110 | William Heflin Barton III<br>5504 Alexander Ave.<br>Tuscaloosa, AL 35406-2882 | William Payne<br>Harpreet Talwar<br>134 Woodmont Way<br>Ridgeland, MS 39157-8618 |
| Zerophee Holdings LLC<br>Kaizad Tamboli, MD<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 | Zinovy M Katz<br>214 South Matanzas Ave<br>Tampa, FL 33609-3011 | Leslie S Osborne +<br>Rappaport Osborne & Rappaport<br>1300 North Federal Highway<br>Suite 203<br>Boca Raton, FL 33432-2848 |
| Michael C Markham +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 | Paul B Thanasides +<br>McIntyre Thanasides Bringgold<br>Elliott Grimaldi Guito, PA<br>500 E Kennedy Blvd, Suite 200<br>Tampa, FL 33602-4936 | Lynn Welter Sherman +<br>Trenam Law<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701-3578 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Nicole M Cameron +<br>Nicole M. Cameron, P.A.<br>235 Apollo Beach Boulevard, #231<br>Apollo Beach, FL 33572-2251 | Mary R Thanasides +<br>McIntyre Thanasides<br>500 East Kennedy Boulevard, Suite 200<br>Tampa, FL 33602-4936 |
| Paul A Humbert +<br>Law Offices of Paul A. Humbert, P.L.<br>9655 South Dixie Highway<br>Ste 312<br>Miami, FL 33156-2858 | Jeremy A Rill +<br>United States Department of Justice<br>Tax Division<br>Post Office Box 14198<br>Washington, DC 20044-4198 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | M&T Bank<br>PO Box 64679<br>Baltimore, MD 21264 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank
c/o Paul A. Humbert, Esq.

(u)Q3 Investment Recovery Vehicle, LLC

(u)United States (Internal Revenue Service)


(u)Brian Wolstein
Julie Hoang
juliemyhoang@gmail.com

(u)Harish Sadhwani
harrysadhwani@gmail.com

(u)John Thompson
jthomps3@tulane.edu


(u)Kathyrn Smith
kathryn7940@cox.net

(u)Madhu Suryadevara
Meducational LLC
msuryad@gmail.com

(u)Mark Phillips
Me_phillips@hotmail.com


(d)Ryan Kochen
1492 Cortez Ln NE
Brookhaven, GA 30319-3955

(u)Shazia Khan
skhan@ecoenergyfinance.org

(d)Syed Kalim Hussaini
8881 Englewood Farms Drive
Manassas, VA 20112-5875


(u)Trey Hickson
johnnyhickson11@gmail.com

(u)Vijay Ravula
vjravula@mac.com

End of Label Matrix
Mailable recipients   232
Bypassed recipients    14
Total                 246