ORDERED.

Dated: September 14, 2022

*Catherine M<sup>c</sup>Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　Case No. 8:20-bk-05750-CPM

　　　Debtor.
_____/

## ORDER APPROVING COMPROMISE

**THIS CAUSE** came before the Court without hearing on the *Motion to Approve Compromise* (Doc. 215) (the "Motion") filed by Nicole M. Cameron, as Chapter 7 Trustee for the above-captioned Debtors ("Trustee") seeking to approve a compromise by and between the Trustee, the Debtor, Quan Dinh Tran ("Debtor"), and Debtor's non-debtor spouse, Evan Tran. The Motion was filed with negative notice pursuant to Local Rule 2002-4, no objections or responses to the Motion were timely received, and the docket reflects none have been filed. After reviewing the Motion and the Court's file, it is:

**ORDERED and ADJUDGED** as follows:

1.　　　The Motion is GRANTED, as set forth herein.

2. The Settlement Agreement[1] between the Trustee and the Tran Parties attached as Exhibit "A" to the Motion is approved. In granting the Motion, the Court has considered the criteria set forth in *In re Justice Oaks II, Ltd.*, 898 F.2d 1544 (11th Cir. 1990), and determined that the granting of the Motion is in the best interests of the estate.

3. The Trustee and Tran Parties are authorized and directed to take all actions necessary or appropriate to consummate the terms of the Settlement Agreement.

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion and Settlement Agreement.