# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 20-05750 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Quan Dinh Tran | | | | Date Filed (f) or Converted (c): | 07/29/2020 (f) |
| | | | | | 341(a) Meeting Date: | 08/28/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 12/03/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 share, 1994 Carolina Circle Ne St Petersburg Fl 33703-0000 | 2,600,000.00 | 0.00 | | 0.00 | FA |
| 2. 1/2 share, 1942 Carolina Avenue Saint Petersburg Fl 33703-0000 Pinellas | 1,400,000.00 | 1,500,000.00 | | 1,437,500.00 | FA |
| 3. 1/2 share, 2016 Cadillac Escalade Mileage: 50000 Vin: 1Gys3bkjxgr271357 Jointly Owned With Non-Filing Spouse | 31,453.00 | 0.00 | OA | 0.00 | FA |
| 4. 2016 Land Rover Range Rover Mileage: 30000 Vin: Salgr2pf9ga309439 | 37,141.00 | 0.00 | OA | 0.00 | FA |
| 5. 2018 Okean 50 Ft Flybridge Boat Hin No. Okv50006l819 | 900,000.00 | 0.00 | | 0.00 | FA |
| 6. 1/2 share, 4 Couches, 2 Bookcases, 9 Chairs, 2 Tables, 4 Lamps, Dining Room Table, 8 Dining Room Chairs, A China Closet, China, Silverware, 5 Beds, 3 Dressers, Chest Of Drawers, 2 Mirrors, A Kitchen Table, Dishes, Cookware, Desk, Vacuum Cleaner, Iron, Air | 13,975.00 | 17,210.00 | | 0.00 | FA |
| 7. 1/2 share, 7 Televisons, A Computer, A Radio, A Stereo, Jointly Owned With Non-Filing Spouse | 1,100.00 | 1,150.00 | | 0.00 | FA |
| 8. 1/2 share, Misc Art Pieces Jointly Owned With Non-Filing Spouse | 6,000.00 | 14,200.00 | | 0.00 | FA |
| 9. 1/2 share, 3 Bicycles, Golf Clubs, Snowboard, Guitar, Piano *Jointly Owned With Non-Filing Spouse. | 25,000.00 | 0.00 | | 0.00 | FA |
| 10. Men Clothing | 400.00 | 25.00 | | 0.00 | FA |
| 11. Brietling Watch And Wedding Band, Cuff Links | 1,000.00 | 3,505.00 | | 0.00 | FA |
| 12. 1/2 share, Holiday Decorations Jointly Owned With Non-Filing Spouse Located At Extra Space Storage Facility | 250.00 | 0.00 | | 0.00 | FA |
| 13. 1/2 share, Cash On Hand | 900.00 | 0.00 | | 0.00 | FA |
| 14. Bank Of America | 23,836.30 | 0.00 | | 0.00 | FA |
| 15. Jp Morgan Chase | 889,845.72 | 0.00 | | 0.00 | FA |
| 16. Fidelity Baycare 401(K) Plan | 466,909.04 | 0.00 | | 0.00 | FA |
| 17. Fidelity Healthpoint Medical Group Inc, Deferred Compensation Plan | 12,747.46 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-05750 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Quan Dinh Tran | | | | Date Filed (f) or Converted (c): | 07/29/2020 (f) |
| | | | | | 341(a) Meeting Date: | 08/28/2020 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 12/03/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Alabama Medical License Florida Medical License | 100.00 | 100.00 | | 0.00 | FA |
| 19. American College Of Surgeons Insurance Program - Term Insurance Face Value: $2,750,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Home Owners Olympus Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 21. Flood Insurance For Homestead | 0.00 | 0.00 | | 0.00 | FA |
| 22. Axa Insurance Company - Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 23. Potential Claims Against Michael Ackerman, James Seijas, And Wells Fargo | Unknown | Unknown | | 0.00 | FA |
| 24. Beretta 950 handgun (u) | 0.00 | 400.00 | | 0.00 | FA |
| 25. Mrs. Trans Personal Property (u) | 0.00 | 65,000.00 | | 0.00 | 65,000.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,410,657.52 | $1,601,590.00 | | $1,437,500.00 | $65,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/1/20 QR - hired Lynn Sherman as counsel; emailed Tanja Cisliek, realtor to begin work on 1942 Carolina property - NMC

9/4/20 - filed App Empl Tanja Cisliek, realtor - NMC

9/20/20 - checked FL unclaimed funds registry (none) - NMC

9/21/20 - filed NOA for 2 vehicles - NMC

12/28/20 - QR - house sale complete; emailed Atty Sherman f/u on obj to exemptions and doc production - NMC

2/1/21 - filed NOF Deed for sale of property - NMC

2/22/21 - sent docs to CPA Hyman to determine if need estate tax return yet - NMC

3/18/21 - QR - filed App Empl Appraiser Augustine - NMC

6/10/21 - QR - emailed CPA Hyman f/u for estate tax return - NMC

6/23/21 - filed App Comp Appraiser w/appraisal report - NMC

7/8/21 - mailed Estate 2020 tax return to IRS - NMC

9/4/21 - QR - Emailed Atty Sherman re: status of amended Debtor tax returns and status of obj to exemptions - NMC

3/22/22 - QR t/c w/Lynn Sherman re: amend taxes & most likely no refunds that will be owed over to the estate, waiting for the returns to determine validity of IRS POC; f/u w/DA re PP - NMC

5/31/22 - QR - June hrg being continued; cannot move forward until IRS POC obj is resolved - NMC

8/24/22 - QR - M/Comp PP w/Debtor filed; hrg on IRS POC cont to Oct - NMC

10/3/22 - rcvd 1st payment on buyback w/Debtor - NMC


| | | | |
|---|---|---|---|
| RE PROP # | 5 | -- | repossessed and no value to estate |
| RE PROP # | 6 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 7 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 8 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 9 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 10 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 11 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 12 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 24 | -- | Trustee value per appraisal by Joy Augustine |
| RE PROP # | 25 | -- | Trustee value per appraisal by Joy Augustine<br>possible fraudulent transfer to non-filing spouse<br>7/25/22 - based on documents; CC statements; bankstatements - value is only $65,000<br>- NMC |

Initial Projected Date of Final Report (TFR): 12/31/2021     Current Projected Date of Final Report (TFR): 12/31/2023

Trustee Signature:     /s/ Nicole M. Cameron     Date: 10/12/2022

Nicole M. Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787
trustee@tampabay.rr.com

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 20-05750 | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|
| Case Name: | Quan Dinh Tran | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX2000 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6691 | Blanket Bond (per case limit): | $35,756,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/20 | | Sanders Title Company<br>2958 1st Ave. N.<br>St. Petersburg, FL 33713 | Payment of Estate's interest in real property<br>Payment of Estate's interest in real property - rcvd from Sanders Title Company - ck#18976 - per O Granting M/Sell doc #86 | | $1,319,409.53 | | $1,319,409.53 |
| | | | Gross Receipts          $1,437,500.00 | | | | |
| | | Smith & Associates Real Estate | ($35,687.50) | 3510-000 | | | |
| | | Future Home Realty, Inc. | ($36,187.50) | 3510-000 | | | |
| | | Tax Collector of Pinellas County | ($21,550.66) | 2820-000 | | | |
| | | Sanders Title Company | ($512.94) | 2500-000 | | | |
| | | PropLogix, LLC - lien search | ($142.00) | 2500-000 | | | |
| | | Attorney's Title Fund Services, LLC | ($75.00) | 2500-000 | | | |
| | | Doc Stamps & Recording Fees | ($10,062.50) | 2500-000 | | | |
| | | Owner's Title Insurance | ($1,188.75) | 2500-000 | | | |
| | | Owner's Title Insurance - adjustment | ($4,980.00) | 2500-000 | | | |
| | | Seller Credit (minus $2296.38 property taxes paid by Buyer) | ($7,703.62) | 2500-000 | | | |
| | 2 | | 1/2 share, 1942 Carolina Avenue<br>Saint Petersburg Fl 33703-0000 Pinellas          $1,437,500.00 | 1110-000 | | | |

|  | COLUMN TOTALS | $1,319,409.53 | $0.00 |
|---|---|---|---|
|  | Page Subtotals: | $1,319,409.53 | $0.00 |

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,319,409.53 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,319,409.53 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2000 - Checking | $1,319,409.53 | $0.00 | $1,319,409.53 |
|  | $1,319,409.53 | $0.00 | $1,319,409.53 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $118,090.47 |
|---|---|
| Total Net Deposits: | $1,319,409.53 |
| Total Gross Receipts: | $1,437,500.00 |

Trustee Signature:   /s/ Nicole M. Cameron    Date: 10/12/2022

Nicole M. Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787
trustee@tampabay.rr.com

Page Subtotals:    $0.00    $0.00