# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

QUAN DINH TRAN,             Case No.: 8:20-bk-05750-CPM
                                                   Chapter 7

       Debtor.
_____/

## CREDITOR'S NOTICE OF WITHDRAWAL OF
## OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

Creditor Q3 Investments Recovery Vehicle, LLC (the "Recovery Vehicle"), hereby gives notice it is withdrawing its Objections to Claim of Exemptions (Dkt. 131).

Dated: October 21, 2022

                                                   Respectfully Submitted,

                                                   */s/ Paul Thanasides*
                                                   Paul Thanasides
                                                   Florida Bar No. 103039
                                                   paul@mcintyrefirm.com
                                                   clservice@mcintyrefirm.com
                                                   Mary Thanasides
                                                   Florida Bar No.: 107551
                                                   mary@mcintyrefirm.com
                                                   complexlit@mcintyrefirm.com
                                                   McIntyre Thanasides Bringgold Elliott
                                                       Grimaldi Guito & Matthews, P.A.
                                                   500 E. Kennedy Blvd., Suite 200

Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221 *Attorneys for Q3 Investments Recovery Vehicle, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2022, a true and correct copy of the foregoing was served on all parties receiving CM/ECF notification via the Court's CM/ECF system and by First Class U.S. Mail, Postage Prepaid, to the parties listed below.

Quan Dinh Tran
1994 Carolina Cir. NE
St. Petersburg, FL 33703

U.S. Department of Justice
Attn: Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
Attn: Civil Process Clerk
400 North Tampa Street Suite 3200
Tampa, FL 33602

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Kevin Connelly
600 Arch St; Room 5200
Philadelphia, PA 19106

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

                                                */s/ Paul Thanasides*
                                               Attorney