# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

QUAN DINH TRAN,  Case No.: 8:20-bk-05750-CPM
 Chapter 7
    Debtor.
_____/

## UNOPPOSED MOTION TO CANCEL OCTOBER 24, 2022, HEARING

Creditor, Q3 Investments Recovery Vehicle, LLC (the "Recovery Vehicle"), by and through undersigned counsel, hereby moves to cancel the hearing on October 24, 2022, in this case, and states:

1. The following matters are set for hearing on October 24, 2022:

    a. The Recovery Vehicle's Objection to the Debtor's claimed exemptions (Dkt. 131); and

    b. The Recovery Vehicle's Amended Objection to Claim No. 144 filed by the IRS (Dkt. 134).

2. On September 21, 2022, the IRS amended Claim 144, filing an amended proof of claim superseding the original proof of claim to which the Recovery Vehicle originally objected.

3. Since the proof of claim to which the Recovery Vehicle originally objected is now moot, there is no longer a need for a hearing on the same.

4. While the Recovery Vehicle reserves the right to file an objection to the amended proof of claim filed by the IRS on September 21, 2022, the Recovery Vehicle may ultimately decide not to object to the amended proof of claim as a result of its continuing analysis and communication with the IRS concerning the amended proof of claim.

5. The Recovery Vehicle has also withdrawn its objection to the Debtor's claimed exemption (Dkt. 131), mooting the need for a hearing on the same.

6. Accordingly, the Recovery Vehicle requests that the hearing on October 24, 2022, be cancelled in light of its mootness detailed above.

7. The undersigned has discussed the requested relief with counsel for the IRS, the Debtor, and the Trustee, and there is no objection to the relief requested herein.

WHEREFORE, the Recovery Vehicle requests an order cancelling the October 24, 2022, hearing as moot and any other relief this Court deems just and proper.

Dated: October 21, 2022

Respectfully Submitted,

*/s/ Paul Thanasides*
Paul Thanasides
Florida Bar No. 103039
paul@mcintyrefirm.com
clservice@mcintyrefirm.com
Mary Thanasides

Florida Bar No.: 107551
mary@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold
   Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221
***Attorneys for Q3 Investments***
***Recovery Vehicle, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2022, a true and correct copy of the foregoing was served on all parties receiving CM/ECF notification via the Court's CM/ECF system and by First Class U.S. Mail, Postage Prepaid, to the parties listed below.

Quan Dinh Tran
1994 Carolina Cir.
NE St. Petersburg,
FL 33703

U.S. Department of Justice
Attn: Attorney General of the
United States 950 Pennsylvania
Avenue, NW Washington, DC
20530-0001

U.S. Attorney's
Office Attn: Civil
Process Clerk 400
North Tampa
Street Suite 3200
Tampa, FL 33602

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Kevin Connelly
600 Arch St; Room 5200
Philadelphia, PA 19106

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

                                                                  */s/ Paul Thanasides*
                                                                  Attorney