[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  October 24, 2022

*Catherine M<sup>c</sup>Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                   Case No. 8:20−bk−05750−CPM
                                                                                         Chapter 7

Quan Dinh Tran

_____Debtor*_____/

**ORDER DENYING AS MOOT UNOPPOSED MOTION TO CANCEL OCTOBER 24, 2022 HEARING**

THIS CASE came on for consideration without a hearing of the **Unopposed Motion to Cancel October 24, 2022 Hearing** (Doc. **222** ), filed by **Creditor Q3 Investment Recovery Vehicle, LLC** .

The Court having considered the record, the Unopposed Motion to Cancel October 24, 2022 Hearing is Denied as Moot .

The Objection to Claim No. 144 (Doc. No. 134) is now moot due to the claimant's having filed Amended Claim No. 144 on September 21, 2022. The Objection to Exemptions (Doc. No. 131) has been withdrawn. The Court will, therefore, cancel the hearing set for October 24, 2022, without the need for the parties to file a motion requesting the same.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Paul Thanasides is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.