# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

QUAN DINH TRAN,                         Case No.: 8:20-bk-05750-CPM

                                                         Chapter 7

       Debtor.

_____/

## PROOF OF SERVICE OF ORDER

I HEREBY CERTIFY that on October 27, 2022, a true and correct copy of the Order Denying as Moot Unopposed Motion to Cancel October 24, 2022, Hearing [Doc 223], attached hereto, was electronically filed and served using the Court's CM/ECF system on all registered CM/ECF users, and via U.S. Mail to all parties listed below and all parties on the attached matrix:

Internal Revenue Service
Attn: Kevin Connelly
600 Arch St; Room 5200
Philadelphia, PA 19106

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


Dated: October 27, 2022

                                           Respectfully Submitted,

                                           */s/ Paul Thanasides*
                                             Paul Thanasides
                                             Florida Bar No. 103039

paul@mcintyrefirm.com
clservice@mcintyrefirm.com
Mary Thanasides
Florida Bar No.: 107551
mary@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold
   Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221
***Attorneys for Q3 Investments***
***Recovery Vehicle, LLC***

[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: October 24, 2022

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:20–bk–05750–CPM
Chapter 7

Quan Dinh Tran

_____Debtor*_____/

**ORDER DENYING AS MOOT UNOPPOSED MOTION TO CANCEL OCTOBER 24, 2022 HEARING**

THIS CASE came on for consideration without a hearing of the **Unopposed Motion to Cancel October 24, 2022 Hearing** (Doc. **222** ), filed by **Creditor Q3 Investment Recovery Vehicle, LLC** .

The Court having considered the record, the Unopposed Motion to Cancel October 24, 2022 Hearing is Denied as Moot .

The Objection to Claim No. 144 (Doc. No. 134) is now moot due to the claimant's having filed Amended Claim No. 144 on September 21, 2022. The Objection to Exemptions (Doc. No. 131) has been withdrawn. The Court will, therefore, cancel the hearing set for October 24, 2022, without the need for the parties to file a motion requesting the same.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Paul Thanasides is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-05750-CPM<br>Middle District of Florida<br>Tampa<br>Thu Oct 27 10:02:41 EDT 2022 | AmeriCredit Financial Services, Inc., dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Joy Kelley Augustine<br>Read & Kelley Estate Services<br>P.O. Box 3111<br>N. Fort Myers, FL 33918-3111 |
| Scott Braden<br>c/o Rappaport, Osborne & Rappaport, PLLC<br>1300 N Federal Hwy Ste 203<br>Boca Raton, FL 33432-2848 | Richard Cain<br>2713 W. Morrison Ave.<br>Tampa, FL 33629-5332 | Tanja J Cisliek<br>Future Home Realty Inc, a Florida Corp.<br>10575 68th Avenue, North<br>Suite B-2<br>Seminole, FL 33772-6023 |
| Larry S Hyman, CPA<br>Larry S. Hyman, CPA<br>PO Box 18625<br>Tampa, FL 33679-8625 | Venkat Iyer<br>c/o Rappaport, Osborne & Rappaport, PLLC<br>1300 N. Federal Hwy, Suite 203<br>Boca Raton, FL 33432-2848 | Ryan Kochen<br>1492 Cortez Ln NE<br>Brookhaven, GA 30319-3955 |
| Quan Dinh Tran<br>1994 Carolina Circle NE<br>St Petersburg, FL 33703-3414 | Truist Bank<br>Bankruptcy Department<br>VA-RVW-3034<br>P.O. Box 27767<br>Richmond, VA 23261-7767 | 1010 Capital, Inc.<br>804 Anderson Street<br>Durham, NC 27705-1054 |
| Adam Braden<br>1744 Osprey Cove<br>Niceville, FL 32578-6806 | Adam Braden<br>4309 Boulder Lake Circle<br>Vestavia Hills, AL 35242-7499 | Alec H. Neilly<br>1439 Lanes End<br>Villanova, PA 19085-2000 |
| Alex Pang<br>2415 1st Ave. N.<br>Seattle, WA 98109-2004 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Amit Keswani<br>1801 Witt Way Dr<br>Spring Hill, TN 37174-2594 |
| Andrew Walter<br>2501 S. Parkview St.<br>Tampa, FL 33629-7612 | Arie Moszkowicz<br>2623 Hyland Frost<br>San Antonio, TX 78257 | Ashley Weiss<br>8633 Zimpel St.<br>New Orleans, LA 70118-1139 |
| Ashwood Lane, LP<br>Anup Vora<br>17908 Toboggan Ln.<br>Rockville, MD 20855-2829 | Austin Walter<br>404 W. Secretariat Dr<br>Tempe, AZ 85284-1365 | Ayon Capital, LLC<br>1010 N. Florida Ave.<br>Tampa, FL 33602-3895 |
| Bankers Health Group<br>PO BOX 332509<br>Murfreesboro, TN 37133-2509 | Bankers Healthcare Group c/o Pinnacle Ba<br>Tom<br>Fox<br>150 3rd Ave S. Ste 900<br>Nashville, TN 37201-2034 | Barry Ettinger<br>969 Revere Dr.<br>Hillside, NJ 07205-2947 |
| Benjamin Phillips<br>246 Klatte Rd.<br>Hermon, ME 04401-0638 | Bobby Escoe<br>11000 6th St. E.<br>Treasure Island, FL 33706-3033 | Bradley 1984 LLC<br>504 N. Lake Dr.<br>Springlake Heights, NJ 07762-2090 |

| | | |
|---|---|---|
| Brandon Kochen<br>Unit 3<br>2014 W. Augusta Blvd.<br>Chicago, IL 60622-5154 | Brett Armstrong<br>8802 Terra Bella Way<br>Odessa, FL 33556-4764 | Brian McCarthy<br>129 East Bayberry Rd<br>Islip, NY 11751-4903 |
| Brian Smith<br>119 Hart St #4B<br>Brooklyn, NY 11206-7097 | Brij Sharma<br>87 N Star Dr<br>Southington, CT 06489-3825 | Carolyn Cicero<br>17849 British Lane<br>Baton Rouge, LA 70810-6595 |
| Chandar LLC<br>1704 Esquire Ln.<br>McLean, VA 22101-4754 | Chien-Jung Chu<br>41-15 Ithaca St<br>Elmhurst, NY 11373-2507 | Christopher Ducoin<br>1231 Saint Mary Street<br>New Orleans, LA 70130-5125 |
| Clay Brown<br>19491 Deer Lake Rd.<br>Lutz, FL 33548-4245 | CryptoSense, LLC<br>7940 C Wrenwood Blvd.<br>Baton Rouge, LA 70809-1766 | Cyril Holdings, LLC<br>20831 Lake Vienna Dr.<br>Land O Lakes, FL 34638-8322 |
| Cyril VI, LP<br>Peter Wahba<br>1908 Land O' Lakes Blvd, Ste 4<br>Lutz, FL 33549-2914 | Daniel Wahba Trust<br>7402 N. Mobley Rd.<br>Odessa, FL 33556-2344 | Danny Eapen<br>12920 Keystone Ct.<br>Alpharetta, GA 30009-1520 |
| David Fotiadis<br>3724 Rock Bridge Dr NE<br>Conover, NC 28613-9401 | David Wehby<br>572 Cottonwood Ln.<br>Grafton, WI 53024-9591 | Dennis Simson<br>200 E 32nd St. #32C<br>New York, NY 10016-6522 |
| Dhvanit Patel<br>4161 Rolling Springs Dr.<br>Tampa, FL 33624-2306 | Donna Seijas<br>61 Bellvale Rd<br>Mountain Lakes, NJ 07046-1333 | Dos Bowies, LP<br>2501 S. Parkview Street<br>Tampa, FL 33629-7612 |
| Dos Bowies, LP<br>c/o Jenny D. Johnson-Sardella<br>2 Alhambra Plaza #650<br>Coral Gables, FL 33134-5269 | Douglas C. Borden<br>6 Markwood Lane<br>Rumson, NJ 07760-1934 | Emejo Holdings LLC<br>Joey Veloso<br>930 Mistletoe Drive<br>Latana, TX 76226-6980 |
| Eric & Elaine James<br>3910 W. Platt St.<br>Tampa, FL 33609-3943 | Eric Carter<br>2918 Magnolia Trace<br>Tarpon Springs, FL 34688-8530 | Eric Kuntz<br>1216 Positano Pass<br>Leander, TX 78641-4318 |
| Eric Mabie<br>1530 Forest Glen Court<br>Palm Harbor, FL 34683-0016 | Evan Tummel<br>3113 W. Bay Villa Ave.<br>Tampa, FL 33611-1501 | F&F Investment Club LLC<br>25 Ogden Pl.<br>Morristown, NJ 07960-5248 |

| | | |
|---|---|---|
| Frederick & Janet Duhy<br>16042 Magnolia Trace Pkwy.<br>Baton Rouge, LA 70817-1653 | G. James Miller<br>1278 Crestwood Dr.<br>Morgantown, WV 26505-2706 | GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 |
| Garic Grisbaum<br>4512 Orleans Blvd.<br>Jefferson, LA 70121-1224 | Geoffrey Alexander<br>44-727 Hoonani Pl.<br>Kaneohe, HI 96744-2413 | Geoffrey Alexander & Jennifer Alexander<br>Geoffrey Alexander<br>Jennifer Alexander<br>44-727 Ho'onani Place<br>Kaneohe, HI 96744-2413 |
| George Isa<br>82282 Highway 1082<br>Bush, LA 70431-2564 | Gobal Grandhige<br>Unit 2701<br>449 S 12th St.<br>Tampa, FL 33602-5615 | Gupta Brokerage, LLC<br>1385 W. Brierbrook Road<br>Germantown, TN 38138-2208 |
| Gupta Brokerage, LLC<br>5275 Normandy Ave.<br>Memphis, TN 38120-1942 | Gurmit & Moni Advani<br>13 Torrey Pines Way<br>Brentwood, TN 37027-8945 | Hannie Patel<br>18124 Crawley Rd.<br>Odessa, FL 33556-4828 |
| Harminder Malik<br>1440 Canal St #TB-53<br>New Orleans, LA 70112-2703 | Heesuk Richard Yoon<br>410 Shade Tree Way<br>Johnson City, TN 37604-8607 | Helena T. Buchalter Irrev Trust<br>17064 Castle Bay Court<br>Boca Raton, FL 33496-5940 |
| Hemanth Grandhige<br>2731 Fairoaks Rd.<br>Decatur, GA 30033-1443 | Hiten Patel<br>15701 Willowdale Rd.<br>Tampa, FL 33625-1348 | Hoshedar Tamboli<br>Anahita Tamboli<br>76 Martinique Ave<br>Tampa, FL 33606-4039 |
| Hunter Hudson<br>7045 Lake Run Drive<br>Vestavia Hills, AL 35242-7503 | Hunter Hudson<br>Casey Corder<br>7045 Lake Run Drive<br>Birmingham, AL 35242-7503 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J. Andrew Dixon<br>2605 Beeler St.<br>Denver, CO 80238-2676 | James & Cathy Hypes<br>436 Lucerne Ave.<br>Tampa, FL 33606-3839 | James DeMaira<br>27 Chelsea Ct.<br>Basking Ridge, NJ 07920-2573 |
| James Hedges<br>Unit 2<br>1232 N Noble St<br>Chicago, IL 60642-3430 | James-Paul Bryan Dill<br>8628 Enterprise Ave. NE<br>Tuscaloosa, AL 35406-1032 | Jason E. Morris, M.D.<br>2800 River Road<br>Virginia Beach, VA 23454-1208 |
| Jason Morris<br>2792 Fox Creek Drive<br>Germantown, TN 38138 | Jason Rigol<br>3117 Palm Vista Dr<br>Metairie, LA 70003-2563 | Jason Soch<br>Box 44<br>Morton, PA 19070-0044 |

| | | |
|---|---|---|
| Jeffery R. Bennett<br>23 Robert Mills Circle<br>Mount Pleasant, SC 29464-2534 | Jeffery Rouse<br>5248 Constance St.<br>New Orleans, LA 70115-1850 | Jeffrey Waters<br>1697 Council Bluff Dr. NE<br>Atlanta, GA 30345-4137 |
| Jerry Chu<br>4312 86th Ave. SE<br>Mercer Island, WA 98040-4125 | Jim Seijas<br>52 East End Ave.<br>Shrewsbury, NJ 07702-4407 | Jimmy Finkle<br>815 Galilee Rd.<br>Damascus, PA 18415 |
| Joe Mohler<br>4815 W. Sunset Blvd.<br>Tampa, FL 33629-6420 | John Heald<br>2403 W. Sunset Drive<br>Tampa, FL 33629-5336 | Jose E. Llinas Messeguer<br>7526 Lake Albert Dr<br>Windermere, FL 34786-5921 |
| Jose Llinas<br>7526 Lake Albert Drive<br>Windermere, FL 34786-5921 | Joseph Britton Thames<br>306 Clermont Dr.<br>Homewood, AL 35209-2306 | Joseph Gibson<br>850 Outlook Drive<br>Ponte Vedra, FL 32081-0786 |
| Joseph M. Brown, MD<br>4204 W. Palmira Ave.<br>Tampa, FL 33629-6623 | Joseph Thames<br>306 Clermont Drive<br>Homewood, AL 35209-2306 | Josh Green<br>Ste 218<br>1936 Bruce B Downs Blvd<br>Wesley Chapel, FL 33544-9262 |
| KHT Consulting, LLC<br>849 Clifton Hills St.<br>Orlando, FL 32828-6645 | Kaushal Vakil<br>4437 Dorothy St.<br>Bellaire, TX 77401-5610 | Keeneth Le<br>5006 Beech St.<br>Bellaire, TX 77401-3408 |
| Keith Seery<br>5 Myrtle Ave.<br>Lebanon, NJ 08833-2154 | Kelly Hall<br>3607 Ohio Ave.<br>Tampa, FL 33611-4248 | Kenneth Walter<br>6819 Sweetwood Ct<br>Fort Wayne, IN 46814-8130 |
| Ketan Mody<br>335 Erie Court<br>Bloomingdale, IL 60108-8819 | Kevin & Darleen Kaplan<br>26201 Marsh Landing Pkwy<br>Ponte Vedra Beach, FL 32082-1225 | Key Biscayne Invest LLC<br>Unit 213<br>601 S Harbour Island Blvd<br>Tampa, FL 33602-5925 |
| Khayree Butler<br>5104 SW View Point Terrace<br>Portland, OR 97239-3908 | Khoi Du<br>4657 Spruce St.<br>Bellaire, TX 77401-3607 | Kim Renta<br>131 Pershing Rd.<br>Clifton, NJ 07013-3462 |
| Kindl Works LLC<br>Apt. 301<br>528 Barrone St.<br>New Orleans, LA 70113-1093 | Kokx Real Estate Invest, LLC<br>3890 W. 149th Ave.<br>Broomfield, CO 80023-9501 | LYNNE SMITH<br>LYNNE<br>SMITH<br>7940C WRENWOOD BLVD<br>BATON ROUGE, LA 70809-1766 |

Land Rover Financial Group
c/o Chase
PO Box 78232
Phoenix, AZ 85062-8232

Luke West
737 N. Madison Street
Tupelo, MS 38804-2017

Lux Living LLC
Jusmin Patel
1675 Scott Valley Rd.
Reno, NV 89523-2154

M&M Q3 LLC
504 N. Lake Dr.
Springlake Heights, NJ 07762-2090

M&T Bank
PO Box 1508
Buffalo, NY 14240-1508

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Mai Tran
1942 Carolina Ave
Saint Petersburg, FL 33703-3410

Malini Patel
8592 Johnston Rd.
Burr Ridge, IL 60527-7076

Marshall Haynie
10720 Goldsberry Rd
Shreveport, LA 71106-8357

Marvin & Catherine Rousch
24 Sandpiper Rd.
Tampa, FL 33609-3528

Matthew Bremmer
29848 Thomas Rd SE
Kent, WA 98042-5735

Maulik Parikh
4900 Rockrimmon Ct.
Collwyville, TX 76034-3544

Mayakoba Consult, LLC
Sachin Patel
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Mazda Holdings LLLP
76 Martinique Ave.
Tampa, FL 33606-4039

Michael Ackerman
1147 Kingsway
Alliance, OH 44601-3721

Michael Small
27633 Stonecreek Way
Wesley Chapel, FL 33544-8865

Mike Levine
7 Manchester St.
Lake Hiawatha, NJ 07034-2015

Mike Venezia
1825 Clearwater Harbor Dr
Largo, FL 33770-4527

Milan Lombardi
Shaily Shah JT TBE
1147 Abbeys Way
Tampa, FL 33602-5958

Mital Panara
c/o McIntyre Thanasides
500 E Kennedy Blvd #200
Tampa, FL 33602-4936

Murph Gottlieb
1652 Crestview Lane
Erie, CO 80516-4025

Navin Raj
599 Pheasant Woods Dr
Canton, MI 48188-3167

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1922

Nelnet
US Department of Education
PO Box 82561
Lincoln, NE 68501-2561

Nimish Patel
7909 Caddo Cove
McKinney, TX 75071-3472

Nirmalji Odedra
22246 N 55th St
Phoenix, AZ 85054-7157

PFG Prop LLC
Michael Fox
5909 Beacon Shores
Tampa, FL 33616-1462

Palam Annamalai
3205 Salisbury Ct.
Friendswood, TX 77546-2532

Parag Joshi
6015 Goodwin Ave.
Dallas, TX 75206-6109

Parish Shah
5810 Farmington Rd.
West Bloomfield, MI 48322-1566

| | | |
|---|---|---|
| Paul Pisklak<br>4404 Wendell St.<br>Bellaire, TX 77401-5216 | Pulin Shah<br>1424 Jefferson Ave.<br>New Orleans, LA 70115-4119 | Q3 Investment Recovery<br>Vehicle, LLC<br>c/o Jennifer Jones, RA<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 |
| Q3 Investment Recovery Vehicle, LLC<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd., Suite 200<br>Tampa, FL 33602-4936 | RVB Orthopaedics, LLC<br>c/o Mohit Bansal<br>1272 Cordova Blvd NE<br>St. Petersburg, FL 33704-2445 | Rafal Subernat<br>1154 Buck Hill Drive<br>Veazie, ME 04401-7103 |
| Ralph Esposito<br>440 Kelsey Park Dr.<br>Palm Bch Gardans, FL 33410-4512 | Raman Danrad<br>118 W. William David Pkwy<br>Metairie, LA 70005-3312 | Randy Odedra<br>10606 Leonatus Lane<br>Frisco, TX 75035-1013 |
| Raymond Poon<br>15 Rosedown Ct.<br>New Orleans, LA 70131-3313 | Rehan Khan<br>234 Tuxedo Lane<br>Greer, SC 29651-2325 | Richard Cain<br>2713 W. Morrison<br>Tampa, FL 33629-5332 |
| Richard Min<br>4921 Rangewood Dr.<br>Flower Mound, TX 75028-1697 | Rick Kuntz<br>1900 Little Elm Dr #26<br>Cedar Park, TX 78613-2812 | Ripe Capital Partners LLC<br>Sachin Patel<br>5425 Lampasas Street<br>Houston, TX 77056-6228 |
| Rita Patel<br>2301 4th Street North<br>St. Petersburg, FL 33704-2801 | Robert Seijas<br>43 StoneyBrook Rd<br>Montville, NJ 07045-9741 | Robert Seijas<br>52 East End Ave.<br>Shrewsbury, NJ 07702-4407 |
| Roland Chin-Lue<br>3569 Shoreline Cir.<br>Palm Harbor, FL 34684-1744 | Roy Abraham<br>14129 Trueblood Ln.<br>Carmel, IN 46033-9847 | Rupal Parikh<br>114 High Street<br>Montclair, NJ 07042-2414 |
| Russell Babbitt<br>67 Sycamore Lane<br>Westport, MA 02790-4978 | Ryan Neuhaus<br>1171 Glen Wessex<br>Tampa, FL 33626 | Ryan Neuhaus<br>12712 Stanwyck Circle<br>Tampa, FL 33626-4463 |
| Ryan Pond<br>1256 Lancashire Dr.<br>Fort Mill, SC 29707-8688 | Ryan Schroeder<br>32213 N 15th Ln<br>Phoenix, AZ 85085-9005 | Ryan Shultz<br>2345 Fairfax St.<br>Denver, CO 80207-3218 |
| Salman Malad<br>107 Levison Way<br>Lafayette, LA 70508-7095 | Samuel R Cicero<br>17849 British Lane<br>Baton Rouge, LA 70810-6595 | Sandhya Mani<br>Brian Daigle<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 |

| | | |
|---|---|---|
| Sandra Porter<br>2245 King Arthur blvd #12<br>Baton Rouge, LA 70816-2468 | Sanjay Mehta<br>9150 S Main St #A3<br>Houston, TX 77025-3848 | Sanket Vyas<br>717 Exposition Blvd.<br>New Orleans, LA 70118-5815 |
| Scot Pond<br>2000 Moccasin Dr.<br>Washington, PA 15301-7764 | Septa Capital<br>3810 Key Largo Ct<br>Missouri City, TX 77459-7642 | Seth Duhy<br>Apt 106<br>1320 N Harper Ave.<br>West Hollywood, CA 90046-8428 |
| Shalin Shah<br>16613 Milan De Avila<br>Tampa, FL 33613-1068 | Shivi Sharma<br>87 N Star Drive<br>Southington, CT 06489-3825 | Shyam Kishan<br>4128 Fair Meadows Dr<br>Plano, TX 75024-3457 |
| Shyama Donaldson<br>3437 Ocean Cay Circle<br>Jacksonville Beach, FL 32250-3924 | Siddhartha Dev Pagidipati<br>450 Knights Run Ave #801<br>Tampa, FL 33602-5799 | Simon Payments, LLC<br>Tony Garay<br>13818 SW 152 St. #136<br>Miami, FL 33177-1164 |
| Skyway Cap Markets, LLC<br>Suite 3550<br>100 N Tampa St<br>Tampa, FL 33602-5878 | Srinivas Boppana<br>3639 Waterside Way<br>Louisville, TN 37777-4161 | State Exchange Bank<br>1280 Main Street<br>Lamont, OK 74643-0604 |
| Steve Aberman<br>31 Webster St.<br>Westbury, NY 11590-1824 | Steve Baumgartner<br>55 North Roscoe Blvd<br>Ponte Vedra Beach, FL 32082-3625 | Steve Mottl<br>1904 La Maison Pl<br>Flowermound, TX 75022-2608 |
| Steve Nurkin<br>542 Lafayette Ave.<br>Buffalo, NY 14222-1335 | Steve Saunders<br>2504 N. Ridgewood Ave.<br>Tampa, FL 33602-1832 | Steven Nurkin<br>542 Lafayette Avenue<br>Buffalo, NY 14222-1335 |
| Summer Bankston<br>Gregg Porter<br>9201 Simmons Rd #103<br>Austin, TX 78759-7170 | Sunil Cherry<br>455 Augusta Dr.<br>Lufkin, TX 75901-7407 | Syed Kalim Hussaini<br>8881 Englewood Farms Dr.<br>Manassas, VA 20112-5875 |
| TYC Investments, LLC<br>1804 Buckhead Valley Ln NE<br>Atlanta, GA 30324-2795 | Tarun Patel<br>8705 Wethered Dr.<br>Ellicot City, MD 21043-8012 | Thomas Stack<br>72 S. Mountain Ave.<br>Montclair, NJ 07042-1733 |
| Tim Casey<br>6041 Yeats Manor Drive<br>Tampa, FL 33616-1303 | Todd Dufour<br>15552 Long Farm Rd.<br>Baton Rouge, LA 70817-4006 | Tom McLaughlin<br>25 Ogden Pl.<br>Morristown, NJ 07960-5248 |

| | | |
|---|---|---|
| Tony Fargiano<br>1317 Fairstead Lane<br>Pittsburgh, PA 15217-2585 | Tony Tran<br>2712 Garvin Rd.<br>Huntsville, Al 35810-4460 | Tripp Rogers<br>618 1/2 19th Ave<br>Tuscaloosa, AL 35401-1753 |
| Tropea Homes LLC<br>504 N. Lake Dr.<br>Springlake Heights, NJ 07762-2090 | Truist Bank<br>PO Box 3307<br>Greenville, SC 29602-3307 | U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 |
| Udit V. Patel<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 | V. Larry Rabalais<br>14124 Kimbleton Ave.<br>Baton Rouge, LA 70817-4776 | Venkat Iyer<br>904 St. Andrews Place<br>Virginia Beach, VA 23452-6122 |
| Waterway Marina<br>290 N. Dixie Hwy<br>Stuart, FL 34994-1110 | William Heflin Barton III<br>5504 Alexander Ave.<br>Tuscaloosa, AL 35406-2882 | William Payne<br>Harpreet Talwar<br>134 Woodmont Way<br>Ridgeland, MS 39157-8618 |
| Zerophee Holdings LLC<br>Kaizad Tamboli, MD<br>c/o McIntyre Thanasides<br>500 E Kennedy Blvd #200<br>Tampa, FL 33602-4936 | Zinovy M Katz<br>214 South Matanzas Ave<br>Tampa, FL 33609-3011 | Leslie S Osborne +<br>Rappaport Osborne & Rappaport<br>1300 North Federal Highway<br>Suite 203<br>Boca Raton, FL 33432-2848 |
| Michael C Markham +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 | Paul B Thanasides +<br>McIntyre Thanasides Bringgold<br>Elliott Grimaldi Guito, PA<br>500 E Kennedy Blvd, Suite 200<br>Tampa, FL 33602-4936 | Lynn Welter Sherman +<br>Trenam Law<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701-3578 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Nicole M Cameron +<br>Nicole M. Cameron, P.A.<br>235 Apollo Beach Boulevard, #231<br>Apollo Beach, FL 33572-2251 | Mary R Thanasides +<br>McIntyre Thanasides<br>500 East Kennedy Boulevard, Suite 200<br>Tampa, FL 33602-4936 |
| Paul A Humbert +<br>Law Offices of Paul A. Humbert, P.L.<br>9655 South Dixie Highway<br>Ste 312<br>Miami, FL 33156-2858 | Jeremy A Rill +<br>United States Department of Justice<br>Tax Division<br>Post Office Box 14198<br>Washington, DC 20044-4198 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | M&T Bank<br>PO Box 64679<br>Baltimore, MD 21264 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank  
c/o Paul A. Humbert, Esq.

(u)Catherine Peek McEwen  
Tampa

(u)Q3 Investment Recovery Vehicle, LLC

(u)United States (Internal Revenue Service)

(u)Brian Wolstein  
Julie Hoang  
juliemyhoang@gmail.com

(u)Harish Sadhwani  
harrysadhwani@gmail.com

(u)John Thompson  
jthomps3@tulane.edu

(u)Kathyrn Smith  
kathryn7940@cox.net

(u)Madhu Suryadevara  
Meducational LLC  
msuryad@gmail.com

(u)Mark Phillips  
Me_phillips@hotmail.com

(d)Ryan Kochen  
1492 Cortez Ln NE  
Brookhaven, GA 30319-3955

(u)Shazia Khan  
skhan@ecoenergyfinance.org

(d)Syed Kalim Hussaini  
8881 Englewood Farms Drive  
Manassas, VA 20112-5875

(u)Trey Hickson  
johnnyhickson11@gmail.com

(u)Vijay Ravula  
vjravula@mac.com


End of Label Matrix  
Mailable recipients    233  
Bypassed recipients     15  
Total                  248