**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,                           Chapter 7
                                             Case No. 8:20-bk-05750-CPM

       Debtor.
_____/

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

**CHAPTER 7 TRUSTEE'S OBJECTION TO**
**DUPLICATIVE CLAIMS OF GEOFFREY ALEXANDER**

       Nicole M. Cameron, as Chapter 7 Trustee for the above-captioned Debtor ("Trustee"), by and through her undersigned counsel, hereby files this Objection to Duplicative Claims of Geoffrey Alexander (the "Objection"), objecting to duplicate claims. In support of this Objection, the Trustee states as follows:

       1.      Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 29, 2020 (Doc. 1).

2.	On August 31, 2020, the Court issued a Notice of Deadline to File Proof of Claim ("Notice") which set December 3, 2020 as the deadline to file a Proof of Claim. The Notice contained instructions on how and the deadline by which to submit a claim. (Doc. 22).

3.	On September 3, 2020, the Notice was mailed to all creditors contained in the master-mailing matrix for this case. (Doc. 24).

4.	The Trustee objects to those Claims identified below. The table sets forth (1) the duplicative claims by claimant, (2) the basis for the objection, (3) which claim will be allowed, (4) which claim will be eliminated, and (5) the amount of the allowed claim.

| CLAIM NO. | CLAIMANT | BASIS FOR OBJECTION | ALLOWED OR DISALLOWED | AMOUNT |
|---|---|---|---|---|
| 14 | Geoffrey Alexander and Jennifer Alexander 44-727 Ho'onani Pl. Kaenohe, HI 96744 | | Allowed | $50,000.00 |
| 133 | Geoffrey Alexander 44-727 Ho'onani Pl. Kaenohe, HI 96744 | Duplicative of Claim 14 | Disallowed | $50,000.00 |

5.	The Trustee respectfully requests that the objection be sustained and Claim 133 be disallowed.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order (a) sustaining the objections; (b) disallowing Claim 133 as purely duplicative claim; (c) allowing Claim 14 as a general unsecured claim; and (d) granting such other and further relief as the Court deems appropriate.

        /s/ *Rhys P. Leonard*
        Lynn Welter Sherman, Esq.
        Florida Bar No. 0375616
        Email: lsherman@trenam.com
        TRENAM LAW
        200 Central Avenue, Suite 1600
        St. Petersburg, FL 33701
        Telephone: 727.896.7171

        Rhys P. Leonard, Esq.
        Florida Bar No. 59176
        Email: rleonard@trenam.com
        TRENAM LAW
        101 E. Kennedy Blvd., Suite 2700
        Tampa, FL 33706
        Telephone: 813.223.7474

        *Counsel to Nicole M. Cameron, Trustee*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on this 20th day of February, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid to the following:

| | |
|---|---|
| Quan Dinh Tran<br>1994 Carolina Cir. NE<br>St. Petersburg, FL 33703 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602 |
| Geoffrey Alexander<br>44-727 Ho'onani Pl.<br>Kaneohe, HI 96744 | Geoffrey Alexander & Jennifer Alexander<br>44-727 Ho'onani Pl.<br>Kaneohe, HI 96744 |

        /s/ *Rhys P. Leonard*
        Rhys P. Leonard