**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,                                          Chapter 7
                                                         Case No. 8:20-bk-05750-CPM

      Debtor.
_____/

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

**CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM 55**
**(ARIE MOSZKOWICZ)**

      Nicole M. Cameron, as Chapter 7 Trustee for the above-captioned Debtor ("Trustee"), by and through her undersigned counsel, hereby files this Objection to Claim 55 (Arie Moskowicz) (the "Objection"). In support of this Objection, the Trustee states as follows:

      1.    Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 29, 2020 (Doc. 1).

2.  On August 31, 2020, the Court issued a Notice of Deadline to File Proof of Claim ("Notice") which set December 3, 2020 as the deadline to file a Proof of Claim. The Notice contained instructions on how and the deadline by which to submit a claim. (Doc. 22).

3.  On September 3, 2020, the Notice was mailed to all creditors contained in the master-mailing matrix for this case. (Doc. 24).

4.  Arie Moskowicz ("Moskowicz") filed Claim 55 in the amount of $37,889.00 on December 1, 2020 (the "Claim").

5.  According to the Debtor's records (and the Claim), Moskowicz invested $30,000.00 in Debtor's business (which turned out to be a Ponzi scheme). The portion of the Claim exceeding $30,000.00 (e.g. $7,889 in fictitious profits) should be disallowed or subordinated so all Ponzi scheme investor claims are treated equally. *See In re Taubman*, 160 B.R. 964, 980-82 (Bankr. S.D. Ohio 1993) (equitable principles dictated that investors' claims against chapter 7 debtor that operated Ponzi scheme be split into two portions, one of which represented the difference between what each investor actually invested minus total received back, and the second – which is subordinated – for all promised profit, interest or other damages in excess of the amounts actually deposited by the creditor with the debtor but unreturned).

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order (a) sustaining the Objection to the Claim; (b) allowing the Claim in the amount of $30,000.00; and (c) granting such other and further relief as the Court deems appropriate.

/s/ *Rhys P. Leonard*
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
Email: lsherman@trenam.com
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171

Rhys P. Leonard, Esq.
Florida Bar No. 59176
Email: rleonard@trenam.com
TRENAM LAW
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33706
Telephone: 813.223.7474

*Counsel to Nicole M. Cameron, Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 20th day of February, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid to the following (and electronic mail where indicated):

Quan Dinh Tran
1994 Carolina Cir. NE
St. Petersburg, FL 33703

Arie Mosckowicz
2623 Hyland Frost
San Antonio, TX 78257
amoskowicz@gmail.com

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Arie Mosckowicz
3623 Hyland Frost
San Antonio, TX 78257

/s/ *Rhys P. Leonard*
Rhys P. Leonard