**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,                              Chapter 7
                                                     Case No. 8:20-bk-05750-CPM

      Debtor.
_____/

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

### CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM 1-1
### (M&T Bank)

Nicole M. Cameron, as Chapter 7 Trustee for the above-captioned Debtor ("Trustee"), by and through her undersigned counsel, hereby files this Objection to Claim 1-1 filed by M&T Banka (the "Objection"). In support of this Objection, the Trustee states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 29, 2020 (Doc. 1).

2. On August 31, 2020, the Court issued a Notice of Deadline to File Proof of Claim ("Notice") which set December 3, 2020 as the deadline to file a Proof of Claim. The Notice contained instructions on how and the deadline by which to submit a claim. (Doc. 22).

3. On September 3, 2020, the Notice was mailed to all creditors contained in the master-mailing matrix for this case. (Doc. 24).

4. M&T Bank ("M&T") filed Claim 1-1 in the amount of $1,069,486.00 on September 8, 2020 (the "Claim") based on a Note and Security Agreement executed by the Debtor, which was secured by a 2019 Okean 50' Motorboat with Hull ID OKV50006L819 (the "Collateral").

5. On September 21, 2020, M&T filed its Motion for Relief from Stay of Secured Creditor, M&T Bank, seeking relief from the automatic stay so that M&T could pursue its *in rem* rights as to the Collateral.

6. The Order Granting Creditor M&T Bank's Motion for Relief from Stay (Doc. 77) was entered on October 23, 2020, authorizing M&T to seek and obtain *in rem* relief against the Collateral.

7. M&T subsequently exercised its *in rem* rights and sold the Collateral.

8. In the attachments to the Claim, M&T stated "Creditor has filed a Secured Proof of Claim. However, Creditor reserves the right to amend its Proof of Claim once its collateral has been surrendered, or otherwise repossessed, and sold in private or public sale. Provided that a loss is suffered Creditor will amend the Claim to treat that loss as an unsecured claim. If there is a surplus, the surplus will be reported to the Trustee and to Debtor or Debtor's counsel."

9. Despite having recouped the proceeds of the sale of the Collateral, M&T has not amended the Claim to assert an unsecured claim for any deficiency owed after the sale of the Collateral and it has not reported the existence of any surplus proceeds from the sale of the Collateral to the Trustee.

10. The Trustee has corresponded by email with M&T's counsel in this bankruptcy and requested M&T amend the Claim to account for the Collateral sale proceeds but, to date, M&T has not done so.

11. Accordingly, the Trustee requests (1) M&T be directed to (i) provide an accounting of the Collateral sale proceeds and (ii) amend the Claim to assert a deficiency (if one exists), and (2) that the Claim be otherwise disallowed in its entirety if M&T does not amend the Claim by a deadline determined by the Court (the Trustee requests a fourteen (14) day deadline from the entry of Order).

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order (a) sustaining the Objection to the Claim; (b) directing M&T to account for the Collateral sale proceeds and amend the Claim accordingly; (c) disallowing the Claim in its entirety if M&T does not amend the Claim by a deadline determined by the Court; and (c) granting such other and further relief as the Court deems appropriate.

Dated: March 3, 2023

/s/ *Rhys P. Leonard*
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
Email: lsherman@trenam.com
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171

                                          Rhys P. Leonard, Esq.
                                          Florida Bar No. 59176
                                          Email: rleonard@trenam.com
                                          TRENAM LAW
                                          101 E. Kennedy Blvd., Suite 2700
                                          Tampa, FL 33706
                                          Telephone: 813.223.7474

                                          *Counsel to Nicole M. Cameron, Trustee*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on this 3rd day of March, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid to the following (and electronic mail where indicated):

| | |
|---|---|
| Quan Dinh Tran<br>1994 Carolina Cir. NE<br>St. Petersburg, FL 33703 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602 |
| M&T Bank<br>P.O. Box 1508<br>Buffalo, NY 14240<br>karenas1@mtb.com | Paul A. Humbert, Esq.<br>Law Offices of Paul A. Humbert, P.L.<br>9655 S. Dixie Hwy., Ste. 312<br>Miami, FL 33156<br>pa@pahumbertlaw.com<br>*Counsel to M&T Bank* |

                                          */s/ Rhys P. Leonard*
                                          Rhys P. Leonard