**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 6, 2023**

_Catherine M{c}Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Quan Dinh Tran

_____Debtor*_____/

Case No.
8:20–bk–05750–CPM
Chapter 7

### ORDER OVERRULING OBJECTION TO CLAIM NO. 1–1 OF M&T BANK

THIS CASE came on for consideration, without hearing, of the Objection to Claim No. 1–1 of M&T Bank filed by Trustee Nicole M Cameron , Doc. # 237 . After review, the Court determines that the objection is deficient as follows:

> Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007–1(b).

Accordingly it is

***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.