ORDERED.

Dated: **March 28, 2023**

_____
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,                                                      Chapter 7
                                                                                      Case No. 8:20-bk-05750-CPM
      Debtor.
_____/

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S
OBJECTION TO CLAIM 55 (ARIE MOSZKOWICZ)**

**THIS CAUSE** came before the Court without hearing on the Chapter 7 Trustee's Objection to Claim 55 (Arie Moszkowicz) (Doc. 234) (the "Objection"). The Motion was filed with negative notice pursuant to Local Rule 2002-4, no objections or responses to the Motion were timely received, and the docket reflects none have been filed. The Court, having reviewed the Objection, Claim 55, the case file, and being otherwise duly advised in the premises, finds that good cause exists to sustain the Objection. Accordingly, it is:

    **ORDERED AND ADJUDGED** as follows:

1.     The Objection is SUSTAINED.

2.     Claim 55 is allowed in the amount of $30,000.00.

\*\*\*

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.