**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,    Chapter 7
    Case No. 8:20-bk-05750-CPM

  Debtor.
_____/

**NOTICE OF WITHDRAWAL OF AMENDED**
**CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM 1-1**
**(DOC. 240)**

Nicole M. Cameron, as Chapter 7 Trustee or the above-captioned Debtor, hereby withdraws her Amended Chapter 7 Trustee's Objection to Claim 1-1 (Doc. 240) because M&T Bank has subsequently filed an amended proof of claim (Claim 1-2). The Chapter 7 Trustee reserves the right to object to Claim 1-2 after review if appropriate.

Dated: March 28, 2023

/s/ *Rhys P. Leonard*
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
Email: lsherman@trenam.com
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171

Rhys P. Leonard, Esq.
Florida Bar No. 59176
Email: rleonard@trenam.com
TRENAM LAW
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33706
Telephone: 813.223.7474

*Counsel to Nicole M. Cameron, Trustee*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on this 28th day of March, 2023, a copy of the foregoing has been furnished by electronic service to all persons receiving notice by CM/ECF and by First Class U.S. Mail, postage prepaid to the following (and electronic mail where indicated):

Quan Dinh Tran
1994 Carolina Cir. NE
St. Petersburg, FL 33703

United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

M&T Bank
P.O. Box 1508
Buffalo, NY 14240
karenas1@mtb.com

Paul A. Humbert, Esq.
Law Offices of Paul A. Humbert, P.L.
9655 S. Dixie Hwy., Ste. 312
Miami, FL 33156
pa@pahumbertlaw.com
*Counsel to M&T Bank*

Lucas Schwertfeger
Bankruptcy Specialist
M&T Bank
P.O. Box 1508
Buffalo, NY 14240
lschwertfeger@mtb.com

                                            */s/ Rhys P. Leonard*
                                            Rhys P. Leonard