ORDERED.

Dated:  March 29, 2023

*Catherine M^cEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

QUAN DINH TRAN,                             Chapter 7
                                            Case No. 8:20-bk-05750-CPM
  Debtor.
_____/

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S**
**OBJECTION TO CLAIM 52-3 (MIKE LEVINE)**

**THIS CAUSE** came before the Court without hearing on the Chapter 7 Trustee's Objection to Claim 52-3 (Mike Levine) (Doc. 235) (the "Objection").  The Motion was filed with negative notice pursuant to Local Rule 2002-4, no objections or responses to the Motion were timely received, and the docket reflects none have been filed.  The Court, having reviewed the Objection, Claim 52-3, the case file, and being otherwise duly advised in the premises, finds that good cause exists to sustain the Objection.  Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1.   The Objection is SUSTAINED.

2.   Claim 52-3 is allowed in the amount of $850,000.00.

***

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.