**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  CASE NO.: 8:20-bk-05750-CPM
Tran, Quan Dinh  CHAPTER 7
Debtor(s)
_____/

## TRUSTEE'S REPORT OF COMPLETION OF SALE

    NICOLE M. CAMERON, the Trustee, who hereby gives a Report of Completion of Sale.

The sale of the assets of Quan Dinh Tran was noticed to all creditors on August 23, 2022, pursuant to Motion to Approve Compromise [Doc. No. 215]. The Trustee sold any claim or interest in the Entireties Property or the Debtor's non-filing spouse's property, excluding any Tax Refunds to the Debtor and Trustee has been paid in full in the amount of $65,000.00.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ECF to U.S. Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602 on this 4th day of April 2023.

    /s/ Nicole M. Cameron
Nicole M. Cameron, Trustee
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
(813) 645-8787
trustee@tampabay.rr.com