ORDERED.

**Dated:  May 11, 2023**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

Quan Dinh Tran

Case No. 8:20-bk-05750-CPM
Chapter 7

_____Debtor(s)/

**ORDER APPROVING APPLICATION OF LARRY S. HYMAN, C.P.A.**
**FOR AWARD OF PROFESSIONAL FEES AND EXPENSES (DOC. #266)**

**THIS CASE** came on for consideration upon the Application of Larry S. Hyman, C.P.A. for Award of Professional Fees and Expenses (Doc. #266), filed on May 11, 2023.  The Court has considered the Application and is satisfied that the Application is well taken and should be approved.  Accordingly, it is

**ORDERED:**

The Application of Larry S. Hyman, C.P.A. for Award of Professional Fees and Expenses is hereby approved.

The Trustee is authorized to remit to Larry S. Hyman, C.P.A. a fee in the amount of **$1,776.50** and expenses in the amount of **$28.11,** for a total award of **$1,804.61.**

Trustee Nicole Cameron is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this order.