UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                    Case No. 8:20-bk-05750-CPM
                                                                                           Chapter 7

Quan Dinh Tran

                Debtor(s)
_____/

APPLICATION OF TRUSTEE FOR COMPENSATION

I, Nicole M. Cameron, declare under penalty of perjury that the following statements are true and correct:

1. The Application of Nicole M. Cameron, brought pursuant to 11 U.S.C.§ 330, shows that she is the duly appointed trustee in the above captioned estate, that the assets of the estate have been liquidated, and that there came into hands of the undersigned trustee for disbursements the total sum of $1,502,500.02.

2. In the administration of the estate, applicant has performed those services required by a trustee as set forth in 11 U.S.C.§ 704.

3. Applicant deems said services to be reasonably worth $68,325.00. The statutory allowance is the sum of $68,325.00 and your applicant has heretofore received on account of her compensation as such trustee the sum of $0.00.

4. Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed. Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this

proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest of any attorney of any party in interest herein for services rendered in connection therewith.

5. As said Trustee, applicant has paid out of her own funds the following expenses properly chargeable to said estate, none of which have been repaid and for which she prays reimbursement, to wit:

| Description | Amount |
|---|---:|
| Bond Premium | $1,334.74 |
| Miscellaneous Expenses | $22.50 |
| Photocopies - COD | $0.51 |
| Photocopies - COS - NFR | $423.30 |
| Photocopies - NOA | $36.30 |
| Photocopies - pre March 2023 | $2.25 |
| Photocopies - Proof of Service | $1.88 |
| Postage - Certified | $58.54 |
| Postage - COD | $0.66 |
| Postage - COS - NFR | $164.34 |
| Postage - NOA | $121.00 |
| Postage - Proof of Service | $3.46 |
| Stamps - 1/23/23-6/30/23 | $1.26 |
| Stamps - 1/27/19-8/28/21 | $1.10 |
| **Total Expenses** | **$2,171.84** |

WHEREFORE, Nicole M. Cameron prays for such allowance for her services herein as the Court finds reasonable and just.

This application will be noticed as part of the notice of final report.

DATED at TAMPA, Florida this 24th day of August, 2023.

/s/ Nicole M. Cameron, Trustee
Nicole M. Cameron, Trustee
235 Apollo Beach Blvd., #231
Apollo Beach, FL  33572
(813) 645-8787

Trustee Expenses:
Case No. 8:20-bk-05750-CPM

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 01/01/21 | Bond: Bond Premium<br>2020 Prorated annual bond. | 1.000000 | Case | $395.82 | $395.82 |
| 01/01/22 | Bond: Bond Premium<br>2021 Prorated annual bond. | 1.000000 | Case | $395.82 | $395.82 |
| 01/01/23 | Bond: Bond Premium<br>2022 Prorated annual bond. | 1.000000 | Case | $543.10 | $543.10 |
|  |  | 3.000000 |  |  | $1334.74 |
| 10/19/20 | Misc: Miscellaneous Expenses<br>Fee to attend hearing on M/Sell | 1.000000 | Unit(s) | $22.50 | $22.50 |
|  |  | 1.000000 |  |  | $22.50 |
| 08/24/23 | Photocopies: Photocopies - COD<br>Estimated photocopy expense for service of Order Allowing Administrative Expense | 3.000000 | 1 | $0.17 | $0.51 |
| 08/24/23 | Photocopies: Photocopies - COS - NFR<br>Estimated photocopy expense for service of Notice of Final Report | 2490.000000 | 1 | $0.17 | $423.30 |
| 09/21/20 | Photocopies: Photocopies - NOA<br>Photocopies for service of Notice of Intent to Abandon | 242.000000 | 1 | $0.15 | $36.30 |
| 02/01/21 | Photocopies: Photocopies - pre March 2023<br>Photocopies - NOF Deed of sale of 1942 Carolina property | 3.000000 | 1 | $0.15 | $0.45 |
| 06/23/21 | Photocopies: Photocopies - pre March 2023<br>Photocopies - App Comp Appraiser | 12.000000 | 1 | $0.15 | $1.80 |
| 09/16/20 | Photocopies: Photocopies - Proof of Service<br>Photocopies for Proof of Service of Order #27 | 2.000000 | 1 | $0.15 | $0.30 |
| 03/11/21 | Photocopies: Photocopies - Proof of Service<br>Photocopies for Proof of Service of Order #150 | 2.000000 | 1 | $0.15 | $0.30 |
| 03/20/21 | Photocopies: Photocopies - Proof of Service<br>Photocopies for Proof of Service of Order #156 | 2.000000 | 1 | $0.15 | $0.30 |
| 06/29/21 | Photocopies: Photocopies - Proof of Service<br>Photocopies for Proof of Service of Order #168 | 2.000000 | 1 | $0.15 | $0.30 |
| 05/19/23 | Photocopies: Photocopies - Proof of Service<br>Photocopies for Proof of Service of Order #267 | 4.000000 | 1 | $0.17 | $0.68 |
|  |  | 2762.000000 |  |  | $464.24 |
| 07/08/21 | Postage: Postage - Certified | 2.000000 | 1 | $9.35 | $18.70 |

| Date | Description | Qty | | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/23 | 2020 Estate tax return Postage: Postage - Certified Mailed Estate Tax returns to IRS x2 locations | 2.000000 | 1 | $19.92 | $39.84 |
| 08/24/23 | Postage: Postage - COD Estimated postage expense for service of Order Allowing Administrative Expense | 1.000000 | 1 | $0.66 | $0.66 |
| 08/24/23 | Postage: Postage - COS - NFR Estimated postage fees for service of Notice of Final Report | 249.000000 | 1 | $0.66 | $164.34 |
| 09/21/20 | Postage: Postage - NOA Postage expense for service of Notice of Intent to Abandon | 242.000000 | 1 | $0.50 | $121.00 |
| 09/16/20 | Postage: Postage - Proof of Service Postage for Proof of Service of Order #27 | 1.000000 | 1 | $0.55 | $0.55 |
| 03/11/21 | Postage: Postage - Proof of Service Postage for Proof of Service of Order #150 | 1.000000 | 1 | $0.55 | $0.55 |
| 03/20/21 | Postage: Postage - Proof of Service Postage for Proof of Service of Order #156 | 1.000000 | 1 | $0.55 | $0.55 |
| 06/29/21 | Postage: Postage - Proof of Service Postage for Proof of Service of Order #168 | 1.000000 | 1 | $0.55 | $0.55 |
| 05/19/23 | Postage: Postage - Proof of Service Postage for Proof of Service of Order #267 | 2.000000 | 1 | $0.63 | $1.26 |
| 03/04/23 | Postage: Stamps - 1/23/23-6/30/23 Postage - mailed check to appraiser per doc #168 | 1.000000 | 1 | $0.63 | $0.63 |
| 05/20/23 | Postage: Stamps - 1/23/23-6/30/23 Postage - mailed checks to Atty Sherman per doc #269 | 1.000000 | 1 | $0.63 | $0.63 |
| 02/01/21 | Postage: Stamps - 1/27/19-8/28/21 NOF Deed of sale of 1942 Carolina property | 1.000000 | 1 | $0.55 | $0.55 |
| 06/23/21 | Postage: Stamps - 1/27/19-8/28/21 App Comp Appraiser | 1.000000 | 1 | $0.55 | $0.55 |
| | | 506.000000 | | | $350.36 |
| | **Total Expenses** | | | | **$2,171.84** |

**Expense Recap**

| | | |
|---|---|---|
| | Bond | $1,334.74 |
| | Misc | $22.50 |
| | Photocopies | $464.24 |
| | Postage | $350.36 |
| **Total Expenses** | | **$2,171.84** |

**Total Expenses:** $2,171.84

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $2,171.84

CASE NUMBER : 8:20-bk05750-CPM

BOND EXPENSE

| BOND YEAR INCREASE | JANUARY 1ST BALANCE | | FACTOR | BOND EXPENSE REQUESTED |
|---|---|---|---|---|
| 2021 | $1,319,409.53 | x | .0003 | $395.82 |
| 2022 | $1,319,409.53 | x | .0003 | $395.82 |
| 2023 | $1,357,742.87 | x | .0004 | $543.10 |
|  |  |  |  |  |
| LESS AMOUNT | | | | $0.00 |
| TOTAL BOND | | | | $1,334.74 |

DATE: 8/24/2023